STATE OF NEW YORK       SOUTHERN COUNTY       U. S. DISTRICT COURT
DOCUMENTS SERVED WITH INDEX #   07-CIV-3646   AND FILED ON   May 8, 2007
ATTORNEY(S)   Kevin T. Mulhearn, Esq.,

Bennie Willis                                             Plaintiff(s)/Petitioner(s)

vs

Landamerica Onestop, Inc., d/b/a Lawyers Title Services Co., Inc., and/or Lawyers Title Insurance   Defendant(s)/Respondent(s)

County of   Rockland   , State of   New York   .

Robert Neiser   , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at   Clifton Park, NY   . On   May 10, 2007   at   2:35 pm

at   c/o Rick J. Preziosi (Registered Agent) 10 Bank Street, Suite 1120, White Plains, NY 10606

deponent served a   Summons in a Civil Case and Complaint

UPON:   Landamerica Onestop, Inc.
(herein called recipient) therein named.

INDIVIDUAL   by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

CORPORATION   A _____ corporation, by delivering thereat a true copy of each to   Andrea Levine
**X**   personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be   Authorized to accept   thereof.

SUITABLE AGE   by delivering a true copy of each to _____ a person of suitable age and discretion.
PERSON   Said premises is recipient's   [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

AFFIXING TO   by affixing a true copy of each to the door of said premises, which is recipient's   [ ] actual place of business
DOOR   [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day _____ Date _____ Time _____ Day _____ Date _____ Time _____
Day _____ Date _____ Time _____ Day _____ Date _____ Time _____

MAILING   Deponent caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at
COPY   recipient's last known   [ ] residence   [ ] place of employment at: _____
and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of New York on _____ .
[ ] A second mailing was also made by certified mail (Receipt No. _____ ) within one day after such delivering to such suitable person such affixing   [ ] and with return receipt requested.

DESCRIPTION   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
**X**   Sex   Female   Color of skin   White   Color of hair   Black   Approx. Age   45
Approx. Height   5'2"   Approx. weight   120   Other _____

WITNESS FEES   $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

PHOTO   Deponent was able to identify recipient from annexed photo.

MILITARY   Deponent asked person spoken to whether the recipient was presently in military service of the United States
SERVICE   Government or on active duty in the military service in the State of New York and was informed that recipient was not.

Sworn to before me on this   10th   day of   May, 2007

*Claire M. Rivera*
CLAIRE M. RIVERA
NOTARY PUBLIC, State of New York
No. 01RI6149175, Qualified in Rockland Co.
Term Expires July 3, 2010

*Robert Neiser*
Robert Neiser

Server's Lic. #

Invoice•Work Order # 9923563

**ATTORNEY SERVICE BUREAU, P.O. BOX 382, POMONA, NEW YORK 10970, 845-638-1323**

| STATE OF NEW YORK | SOUTHERN COUNTY | U. S. DISTRICT COURT |
|---|---|---|

DOCUMENTS SERVED WITH INDEX #  07-CIV-3646    AND FILED ON  May 8, 2007
ATTORNEY(S)  Kevin T. Mulhearn, Esq. ,

---

*Bennie Willis*                                                                             Plaintiff(s)/Petitioner(s)

*vs*

*Landamerica Onestop, Inc., d/b/a Lawyers Title Services Co., Inc., and/or Lawyers Title Insurance*    Defendant(s)/Respondent(s)

County of     Rockland    , State of     New York     .

_____Robert  Neiser_____ , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at     Clifton Park, NY    . On     May 10, 2007    at    2:35 pm

at     c/o Rick J. Preziosi (Registered Agent) 10 Bank Street, Suite 1120, White Plains, NY 10606

deponent served a     Summons in a Civil Case and Complaint

UPON: _____Landamerica Onestop, Inc._____
(herein called recipient) therein named.

INDIVIDUAL    by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person
    described as said person therein.

CORPORATION  A _____ corporation, by delivering thereat a true copy of each to     Andrea Levine
    **X**    personally, deponent knew said corporation so served to be the corporation, described in same as said recipient
    and knew said individual to be     Authorized to accept     thereof.

SUITABLE AGE  by delivering a true copy of each to _____ a person of suitable age and discretion.
PERSON    Said premises is recipient's  [ ]actual place of business    [ ]dwelling house (usual place of abode) within the state.

AFFIXING TO  by affixing a true copy of each to the door of said premises, which is recipient's    [ ] actual place of business
DOOR    [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient
    or a person of suitable age and discretion, having called thereat
    Day _____ Date _____ Time _____ Day _____ Date _____ Time _____
    Day _____ Date _____ Time _____ Day _____ Date _____ Time _____

MAILING    Deponent caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at
COPY    recipient's last known  [ ]residence  [ ] place of employment at: _____
    and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the
    U. S. Postal Service within  the State of New York on _____ .
    [ ] A second mailing was also made by certified mail (Receipt No. _____ ) within one
    day after such delivering to such suitable person such affixing    [ ] and with return receipt requested.

DESCRIPTION  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
**X**    Sex   Female    Color of skin    White    Color of hair    Black    Approx. Age    45
    Approx. Height    5'2"    Approx. weight    120    Other _____

WITNESS FEES  $ _____the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

PHOTO    Deponent was able to identify recipient from annexed photo.

MILITARY    Deponent asked person spoken to whether the recipient was presently in military service of the United States
SERVICE    Government or on active duty in the military service in the State of New York and was informed that recipient was not.

Sworn to before me on this ___10th___ day of ___May, 2007___

MARK SANDSTROM
NOTARY PUBLIC, State of New York
No. 01SA4893767, Qualified in Rockland Co.
Term Expires May 26, 2007

Robert Neiser

Server's Lic. #

Invoice•Work Order # 9923563

**ATTORNEY SERVICE BUREAU, P.O. BOX 382, POMONA, NEW YORK 10970, 845-638-1323**

| | | |
|---|---|---|
| STATE OF NEW YORK | SOUTHERN COUNTY | U. S. DISTRICT COURT |

DOCUMENTS SERVED WITH INDEX # 07-CIV-3646    AND FILED ON  May 8, 2007
ATTORNEY(S) Kevin T. Mulhearn, Esq. ,

Bennie Willis                                                         Plaintiff(s)/Petitioner(s)

vs

Landamerica Onestop, Inc., d/b/a Lawyers Title Services Co., Inc., and/or Lawyers Title Insurance    Defendant(s)/Respondent(s)

County of __Rockland__ , State of __New York__ .

__Robert Neiser__ , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at __Clifton Park, NY__ . On __May 17, 2007__ at __7:43 am__

at __409 Old Route 202-C , Suffern, NY 10901__

deponent served a    Summons in a Civil Case and Complaint

[stamp: MAY 23 2007 USDC-WP-SDNY]

UPON: __Laura Rovegno__ , Defendant
(herein called recipient) therein named.

INDIVIDUAL [X]    by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

CORPORATION [ ]    A _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

SUITABLE AGE PERSON [ ]    by delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's  [ ]actual place of business    [ ]dwelling house (usual place of abode) within the state.

AFFIXING TO DOOR [ ]    by affixing a true copy of each to the door of said premises, which is recipient's    [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day ___ Date ___ Time ___    Day ___ Date ___ Time ___
Day ___ Date ___ Time ___    Day ___ Date ___ Time ___

MAILING COPY [ ]    Deponent caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at recipient's last known   [ ]residence    [ ] place of employment at: _____ and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of New York on _____ .
[ ] A second mailing was also made by certified mail (Receipt No. _____ ) within one day after such delivering to such suitable person such affixing    [ ] and with return receipt requested.

DESCRIPTION [X]    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex __Female__    Color of skin __White__    Color of hair __Brown__    Approx. Age __55__
Approx. Height __5'7"__    Approx. weight __160__    Other _____

WITNESS FEES [ ]    $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

PHOTO [ ]    Deponent was able to identify recipient from annexed photo.

MILITARY SERVICE [X]    Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed that recipient was not.

Sworn to before me on this 17th day of May, 2007

_[signature]_ Robert Neiser

MARK SANDSTROM
NOTARY PUBLIC, State of New York
No. 01SA4893767, Qualified in Rockland Co.
Term Expires May 26, 2007

Server's Lic. #

Invoice•Work Order # 9923566

*ATTORNEY SERVICE BUREAU, P.O. BOX 382, POMONA, NEW YORK 10970, 845-638-1323*

STATE OF NEW YORK     SOUTHERN COUNTY     U. S. DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # 07-CIV-3646 AND FILED ON May 8, 2007
ATTORNEY(S) Kevin T. Mulhearn, Esq. ,

Bennie Willis     Plaintiff(s)/Petitioner(s)

vs

Landamerica Onestop, Inc., d/b/a Lawyers Title Services Co., Inc., and/or Lawyers Title Insurance    Defendant(s)/Respondent(s)

County of __Rockland__, State of __New York__.

__Robert Neiser__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at __Clifton Park, NY__. On __May 17, 2007__ at __7:43 am__ at __409 Old Route 202-C, Suffern, NY 10901__

deponent served a    Summons in a Civil Case and Complaint

UPON: __Richard Rovegno__ Defendant
(herein called recipient) therein named.

**INDIVIDUAL** [ ] by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**CORPORATION** [ ] A _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

**SUITABLE AGE PERSON** [x] by delivering a true copy of each to __Laura Rovergno__ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [x] dwelling house (usual place of abode) within the state.

**AFFIXING TO DOOR** [ ] by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day ___ Date ___ Time ___ Day ___ Date ___ Time ___
Day ___ Date ___ Time ___ Day ___ Date ___ Time ___

**MAILING COPY** [x] Deponent caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at recipient's last known [x] residence [ ] place of employment at: __Same as above__ and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of New York on __5/17/07__.
[ ] A second mailing was also made by certified mail (Receipt No. _____) within one day after such delivering to such suitable person such affixing [ ] and with return receipt requested.

**DESCRIPTION** [x] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex __Female__ Color of skin __White__ Color of hair __Brown__ Approx. Age __55__
Approx. Height __5'7"__ Approx. weight __160__ Other _____

**WITNESS FEES** [ ] $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

**PHOTO** [ ] Deponent was able to identify recipient from annexed photo.

**MILITARY SERVICE** [x] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed that recipient was not.

Sworn to before me on this 17th day of May, 2007

_Robert Neiser_
Robert Neiser

MARK SANDSTROM
NOTARY PUBLIC, State of New York
No. 01SA4893767, Qualified in Rockland Co.
Term Expires May 26, 2007

Server's Lic. #

Invoice•Work Order # 9923565

**ATTORNEY SERVICE BUREAU, P.O. BOX 382, POMONA, NEW YORK 10970, 845-638-1323**