# Affidavit of Process Server

USDC Southern District of New York
(NAME OF COURT)

Bernie Willis vs LandAmerica OneStop Inc. et al    07-CIV-3646
PLAINTIFF/PETITIONER    DEFENDANT/RESPONDENT    CASE NUMBER

I, Frank Liguori, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served Acranet Mortgage Settlement Solutions LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons in A Civil Case and Complaint

by leaving with Terry Regal       Office Manager       At
NAME                              RELATIONSHIP

☐ Residence _____
              ADDRESS                    CITY / STATE

☒ Business 113 Technology Drive  Pittsburgh, PA
           ADDRESS                CITY / STATE

On 5-14-07        AT 3:30 pm
   DATE              TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                  DATE
from _____
     CITY        STATE        ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____   (2) _____
                                                  DATE   TIME       DATE   TIME
(3) _____   (4) _____   (5) _____
    DATE   TIME       DATE   TIME       DATE   TIME

Description: Age 50  Sex F  Race W  Height 5'6"  Weight 150  Hair brown  Beard X  Glasses ✓

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 10th day of May, 2007

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Scott Mascaro, Notary Public
Ross Twp., Allegheny County
My Commission Expires Nov. 9, 2009
Member, Pennsylvania Association of Notaries

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of Pennsylvania



FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS