UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BENNIE WILLIS,

            Plaintiff,

- against -

LANDAMERICA ONESTOP, INC., d/b/a LAWYERS
TITLE SERVICES COMPANY, INC., and/or
LAWYERS TITLE INSURANCE CORPORATION,
ACRANET MORTGAGE SETTLEMENT SOLUTIONS,
LLC, d/b/a ACRANET LENDSERVE,
RICHARD ROVEGNO, and LAURA ROVEGNO,

            Defendants.

07 CV 3646 (SCR)

**STIPULATION**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for plaintiff Bennie Willis and defendant Acranet Mortgage Settlement Solutions, LLC, d/b/a Acranet Lendserv, ("Acranet"), that the time for Acranet to appear, answer or otherwise move with respect to plaintiff's complaint is extended up to and including June 25, 2007. This stipulation may be exchanged electronically and in counterparts and filed as an original.

Dated: New York, NY
May 25, 2007

KEVIN T. MULHEARN, P.C.

By: _____
Kevin T. Mulhearn (KM 2301)
60 Dutch Hill Road, Suite 8
Orangeburg, New York 10962
(845) 398-0361

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
Thomas W. Hyland (TH-3559)
Brett A. Scher (BS-3632)
150 East 42nd Street
New York, New York 10017-5639
(212) 490-3000

SO ORDERED:

*Stephen C Robinson*
Hon. Stephen C. Robinson
United States District Judge  6/1/07


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

2827511.1