**KEVIN T. MULHEARN, P.C.**
ATTORNEY AT LAW

60 DUTCH HILL ROAD, SUITE 8
ORANGEBURG, NEW YORK 10962

KEVIN T. MULHEARN

845-398-0361
FAX: 845-398-3836
EMAIL: KMULHEARN@KTMLAW.NET

VIA FAX (914-390-4179) ONLY    **MEMO ENDORSED**

Hon. Stephen C. Robinson
300 Quarropas Street
White Plains, New York 109

**RE: Willis v. Landamerica Onestop, Inc., et al. - 07 CIV. 3646 (SCR)**

Dear Judge Robinson:

I am the attorney for Plaintiff in the above-referenced case.

All of the Defendants in this case have been served with a copy of the Summons and Complaint. Defendant Landamerica Onestop, Inc. has retained Loeb & Loeb, LLP (David M. Satnick, Esq.), 345 Park Avenue, New York, NY 10154. Defendant Acranet Mortgage Settlement Solutions, LLC has retained Wilson, Elser, Moskowitz, Edelman & Dicker LLP (Thomas W. Hyland, Esq. and Brett A. Scher, Esq.), 150 East 42nd Street, New York, New York 10017. The Rovegno defendants have not yet answered the Complaint, nor appeared through counsel.

At the request of counsel for Landamerica and Acranet, I have consented to extend Defendants' time to answer, or otherwise move with respect to Plaintiff's Complaint, to June 25, 2007.

This Court has forwarded a Notice of Requirement to Submit a Scheduling Order by June 15, 2007. In view of the aforesaid extension granted Defendants, I respectfully request that the Court permit the parties to this action to submit the required Scheduling Order to the Court by on or before July 6, 2007.

If this is acceptable to the Court, kindly notify me of the date and time the Court would like to schedule its preliminary conference -- and I will promptly so notify Defendants' counsel (and the Rovegnos).

Thank you for your courtesies.

Sincerely,

KEVIN T. MULHEARN

KTM/anf/encl.

CC:  David M. Satnick, Esq. (via fax - 212-407-4990)
     Brett A. Scher, Esq. (via fax - 212-490-3038)

*[Handwritten: Initial Conference will be held on Aug 10 2007 at 10:00am]*

**APPLICATION GRANTED**

*Stephen C. Robinson*
HON. STEPHEN C. ROBINSION
6/15/07

USDC SDNY
DOCUMENT
ELECTRONIC[ALLY FILED]
DOC #:
DATE F[ILED]: