UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BENNIE WILLIS,                                                    :

           Plaintiff,                                      :

    -against-                                                    :

                                                    Case No. 07 Civ. 3646 (SCR)

LANDAMERICA ONESTOP, INC., d/b/a LAWYERS   :
TITLE SERVICES COMPANY, INC., and/or
LAWYERS TITLE INSURANCE CORPORATION,       :   RULE 7.1 STATEMENT
ACRANET MORTGAGE SETTLEMENT
SOLUTIONS, LLC, d/b/a ACRANET LENDSERV,    :
RICHARD ROVEGNO and LAURA ROVEGNO
                                                                  :
           Defendants.
------------------------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the judges and magistrate judges of the Southern District of New York to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant Lawyers Title Insurance Corporation. states that said Defendant has the following parents, subsidiaries or affiliates that own 10% or more of its stock: LandAmerica Financial Group, Inc., a publicly held corporation.

Dated: New York, New York
       June 22, 2007

                                                              LOEB & LOEB LLP

                                                              By: _____
                                                                David M. Satnick (DS-7251)
                                                                345 Park Avenue
                                                                New York, New York 10154
                                                                (212) 407-4000

                                                                Attorneys for Defendant
                                                               Lawyers Title Insurance Corporation

NY661571.1