UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENNIE WILLIS,<br><br>                    Plaintiff,<br><br>- against -<br><br>LANDAMERICA ONESTOP, INC., d/b/a LAWYERS TITLE SERVICES COMPANY, INC., and/or LAWYERS TITLE INSURANCE CORPORATION, ACRANET MORTGAGE SETTLEMENT SOLUTIONS, LLC, d/b/a ACRANET LENDSERVE, RICHARD ROVEGNO, and LAURA ROVEGNO,<br><br>                    Defendants. | 07 CV 3646 (SCR)<br><br>**RULE 7.1 STATEMENT** |

PURSUANT to Federal Rule of Civil Procedure 7.1, and to enable the District Judges and Magistrate Judges of the within Court to evaluate possible disqualification or recusal, the undersigned counsel of record for ACRANET MORTGAGE SETTLEMENT SOLUTIONS, LLC, d/b/a ACRANET LENDSERV, ("ACRANET"), a private non-governmental corporate party, hereby certifies that ACRANET is a privately held corporation and is not publicly traded.

Dated: New York, NY
       July 5, 2007

                                   WILSON, ELSER, MOSKOWITZ,
                                   EDELMAN & DICKER LLP

        By: _____
                                   Thomas W. Hyland
                                   Brett A. Scher
                                   Justin R. Leitner
                                   150 East 42nd Street
                                   New York, New York 10017-5639
                                   (212) 490-3000
                                   Our File No. 01224.00580

                                   *Attorneys for Defendant Acranet*

2873090.1