UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BENNIE WILLIS,

                      Plaintiff,                    07-CV-3646 (SCR)

- against -

LANDAMERICA ONESTOP, INC., d/b/a
LAWYERS TITLE SERVICES COMPANY INC.,
and/or LAWYERS TITLE INSURANCE        **NOTICE OF APPEARANCE**
CORPORATION, ACRANET MORTGAGE
SETTLEMENT SOLUTIONS, LLC, d/b/a
ACRANET LENDSERV, RICHARD ROVEGNO
and LAURA ROVEGNO,

                      Defendants.
------------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned hereby appears in this action as attorney for plaintiff BENNIE WILLIS and demands service of all papers and notice of all proceedings herein.

Dated: New York, New York
       September 13, 2007

                                                  Yours, *etc.*

                                                  **LAW OFFICE OF DIANE McFADIN**
                                                  *Attorneys for Plaintiff*

                      By:        _____
                                                  Diane McFadin (DM2381)
                                                  11 Broadway, Suite 715
                                                  New York, NY 10004
                                                  646.723.2757

To:    Kevin Mulhearn, Esq.
Kevin T. Mulhearn, P.C.
60 Dutchess Hill Road, Suite 8
Orangeburg, NY 10962
*Attorney for Plaintiff*

David M. Satnick, Esq.
John Piskora, Esq.
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154
*Attorneys for Lawyers Title Insurance Corp.*

Thomas W. Hyland
Brett A. Scher
Justin R. Leitner
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017
*Attorneys for Acranet*