# LAW OFFICE OF DIANE MCFADIN
### LICENSED IN NEW YORK AND TEXAS

11 BROADWAY, SUITE 715 NEW YORK, NY 10004
DMCFADIN@MCFADINLAW.COM

DIANE MCFADIN

TEL 646.723.2757
FAX 212.943.1238

September 14, 2007

Via fax at 914.390.4179

**MEMO ENDORSED**

Hon. Stephen C. Robinson
United States Courthouse
300 Quarropas St., Room 633
White Plains, New York 10601

Re:   07-CV-3646, Willis v. Landamerica Onestop, Inc., et al.

Dear Judge Robinson:

    Yesterday this law firm was engaged as counsel for plaintiff in the above-captioned matter, substituting in for previous plaintiff's counsel, Mr. Kevin T. Mulhearn, Esq. In light of this very recent entry into the case, plaintiff is seeking a two-week extension of time to prepare and serve written discovery.

    The present deadline is today, September 14, 2007, which plaintiff proposes to adjourn to September 28, 2007. This is plaintiff's first request for an adjournment of this deadline, and counsel for defendants have both consented to this requested adjournment. This letter is being faxed to all counsel of record simultaneously with transmission to the Court.

**APPLICATION GRANTED**

_Stephen C Robinson_
HON. STEPHEN C. ROBINSION
9/18/07

Respectfully submitted,

_Diane McFadin_
Diane McFadin
*Attorney for Plaintiff Bennie Willis*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: