| | | |
|---|---|---|
| STATE OF NEW YORK | SOUTHERN COUNTY | U. S. DISTRICT COURT |

DOCUMENTS SERVED WITH INDEX # 07-CIV-3646   AND FILED ON May 8, 2007

ATTORNEY(S) Kevin T. Mulhearn, Esq.,

---

Bennie Willis                                                                                   Plaintiff(s)/Petitioner(s)

vs

Landamerica Onestop, Inc., d/b/a Lawyers Title Services Co., Inc., and/or Lawyers Title Insurance   Defendant(s)/Respondent(s)

County of __Rockland__, State of __New York__.

__Robert Neiser__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at __Clifton Park, NY__. On __May 17, 2007__ at __7:43 am__

at __409 Old Route 202-C, Suffern, NY 10901__

deponent served a   Summons in a Civil Case and Complaint

*(stamp: MAY 23 2007 USDC-WP-SDNY)*

UPON: __Laura Rovegno__, Defendant

(herein called recipient) therein named.

**INDIVIDUAL** [x] by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**CORPORATION** [ ] A ____ corporation, by delivering thereat a true copy of each to ____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be ____ thereof.

**SUITABLE AGE PERSON** [ ] by delivering a true copy of each to ____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**AFFIXING TO DOOR** [ ] by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

Day ____ Date ____ Time ____     Day ____ Date ____ Time ____
Day ____ Date ____ Time ____     Day ____ Date ____ Time ____

**MAILING COPY** [ ] Deponent caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at recipient's last known [ ] residence [ ] place of employment at: ____ and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of New York on ____. [ ] A second mailing was also made by certified mail (Receipt No. ____) within one day after such delivering to such suitable person such affixing [ ] and with return receipt requested.

**DESCRIPTION** [x] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex __Female__   Color of skin __White__   Color of hair __Brown__   Approx. Age __55__
Approx. Height __5'7"__   Approx. weight __160__   Other ____

**WITNESS FEES** $ ____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.
[ ]

**PHOTO** [ ] Deponent was able to identify recipient from annexed photo.

**MILITARY SERVICE** [x] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed that recipient was not.

Sworn to before me on this __17th__ day of __May, 2007__

*(signature)* Robert Neiser

MARK SANDSTROM
NOTARY PUBLIC, State of New York
No. 01SA4893767, Qualified in Rockland Co.
Term Expires May 26, 2007

Server's Lic. #

Invoice•Work Order # 9923566

*ATTORNEY SERVICE BUREAU, P.O. BOX 382, POMONA, NEW YORK 10970, 845-638-1323*