

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BENNIE WILLIS,

                    Plaintiff,           07-CV-3646 (SCR)

- against -

LANDAMERICA ONESTOP, INC., d/b/a
LAWYERS TITLE SERVICES COMPANY INC.,    **REQUEST TO ENTER**
and/or LAWYERS TITLE INSURANCE    **PARTIAL DEFAULT**
CORPORATION, ACRANET MORTGAGE
SETTLEMENT SOLUTIONS, LLC, d/b/a
ACRANET LENDSERV, RICHARD ROVEGNO
and LAURA ROVEGNO,

                    Defendants.
------------------------------------------------------------X


TO:    J. MICHAEL MCHANON

       UNITED STATES DISTRICT COURT

       SOUTHERN DISTRICT OF NEW YORK


Please enter the default of defendants Richard Rovegno and Laura Rovegno pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached affidavit of Diane McFadin, Esq., attorney for Plaintiff Bennie Willis, together with the Statement of Damages and all exhibits attached thereto.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Dated: New York, New York
      October 11, 2007

                                    Yours, *etc.*

                                    **LAW OFFICE OF DIANE McFADIN**
                                    *Attorney for Plaintiff*

                        By:    _/s/ Diane McFadin_
                                    Diane McFadin (DM2381)
                                    11 Broadway, Suite 715
                                    New York, NY 10004
                                    646.723.2757

cc:     David M. Satnick, Esq.
        John Piskora, Esq.
        Loeb & Loeb, LLP
        345 Park Avenue
        New York, NY 10154
        *Attorneys for Lawyers Title Insurance Corp.*

        Thomas W. Hyland
        Brett A. Scher
        Justin R. Leitner
        Wilson, Elser, Moskowitz, Edelman & Dicker LLP
        150 East 42nd Street
        New York, NY 10017
        *Attorneys for Acranet*

        Richard and Laura Rovegno
        409 Old Route 202-C
        Suffern, NY 10901
        *Pro se defendants*