UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BENNIE WILLIS,

                      Plaintiff,                         07-CV-3646 (SCR)

  - against -

LANDAMERICA ONESTOP, INC., d/b/a
LAWYERS TITLE SERVICES COMPANY INC.,   **PARTIAL DEFAULT**
and/or LAWYERS TITLE INSURANCE                **JUDGMENT AGAINST**
CORPORATION, ACRANET MORTGAGE               **DEFENDANTS RICHARD**
SETTLEMENT SOLUTIONS, LLC, d/b/a                **AND LAURA ROVEGNO**
ACRANET LENDSERV, RICHARD ROVEGNO
and LAURA ROVEGNO,

                      Defendants.
----------------------------------------------------------X

       This action, having been duly commenced by filing the Summons and Complaint, and a copy of the Summons and Complaint having been duly served on defendants Richard Rovegno and Laura Rovegno (the "Rovegno Defendants"), and said Rovegno Defendants, having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed affidavit in support of partial default judgment, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, it is

       ORDERED, ADJUDGED AND DECREED: That the Rovegno Defendants, residing at 409 Old Route 202-C, Suffern, New York, are ordered to execute the required ancillary documents TP-584 and RP-5217 and promptly deliver the same to Plaintiff and to remove any and all liens and judgments assessed against the real property located at 28 Terri Lee Lane, New Hempstead, New York at the sole expense of the Rovegno Defendants, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```

√Dated: White Plains, New York

October __19__, 2007

√SO ORDERED:

By: _____
Hon. Stephen C. Robinson, U.S.D.J.

This document was
entered on the docket on

_____

2