UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Bennie Willis

                Plaintiff(s)

                v.

Landamerica Onestop, Inc., et al.

                Defendants(s)
------------------------------------------------------------------X

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

07 CV 3646 (SCR)(MDF)

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X**    General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___    Specific Non-Dispositive Motion/Dispute:*

_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___    Settlement*

___    Inquest After Default/Damages Hearing

___    For jury selection

___    Habeas Corpus

___    Social Security

___    Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

_____

___    Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions:_____

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

* Do not check if already referred for general pretrial.

DATED:      White Plains, New York

2/19/8

**SO ORDERED.**

*Stephen C. Robinson*

United States District Judge
Stephen C. Robinson