LEVIN & CHETKOF, LLP
Michael G. Levin, Esq. (ML – 5441)
265 Post Avenue – Suite 290
Westbury, New York 11590
(516) 338-2888



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=====================================X    Civil Action No.: 07 Civ. 3646 (SCR)

BENNIE WILLIS,

              Plaintiff(s)    ***NOTICE OF APPEARANCE***

  -against-

LANDAMERICA ONESTOP, INC. d/b/a
LAWYERS TITLE SERVICES COMPANY, INC.,
and/or LAWYERS TITLE INSURANCE
CORPORATION, ACRANET MORTGAGE
SETTLEMENT SOLUTIONS, LLD, d/b/a
ACRANET LENDSERV, RICHARD ROVEGNO
and LAURA ROVEGNO

              Defendant(s).

=====================================X

    **PLEASE TAKE NOTICE THAT** LEVIN & CHETKOF, LLP, 265 Post Avenue, Suite 290, Westbury, New York 11590, hereby appears on behalf of defendants RICHARD ROVEGNO and LAURA ROVEGNO in that above-captioned action, and demand that all papers and notices be served upon them at the address stated below.

Dated: Westbury, New York
       May 14, 2008

                                      LEVIN & CHETKOF, LLP
                                      By:_____
                                      **Michael G. Levin, Esq. (ML-5441)**
                                      Attorneys for Defendants Rovegno
                                      265 Post Avenue - Suite 290
                                      Westbury, New York 11590

(516) 338-2888
File No.: GL 18050


To:   LAW OFFICE OF DIANE McFADIN
      Attorney for Plaintiff
      11 Broadway – Suite 715
      New York, New York 10004
      646-723-2757

      LOEB & LOEB, LLP
      Attorneys for Defendant
         Lawyers Title Insurance Corp.
      345 Park Avenue
      New York, New York 10154

      WILSON, ELSER, MOSCOWITZ,
         EDELMAN & DICKER, LLP
      Attorneys for Defendant Acranet
      150 E. 42nd Street
      New York, New York 10017
      212-490-3000


GL\ROVEGNO\GL 18050\LEGAL\NOTICE OF APP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=======================================X   Civil Action No.: 07 Civ. 3646 (SCR)

BENNIE WILLIS,

                Plaintiff(s)              ***CERTIFICATE OF SERVICE***

    -against-

LANDAMERICA ONESTOP, INC. d/b/a
LAWYERS TITLE SERVICES COMPANY, INC.,
and/or LAWYERS TITLE INSURANCE
CORPORATION, ACRANET MORTGAGE
SETTLEMENT SOLUTIONS, LLD, d/b/a
ACRANET LENDSERV, RICHARD ROVEGNO
and LAURA ROVEGNO

                Defendant(s).

=======================================X

    I hereby certify that on the 14th day of May 2008, I served a copy of the foregoing Notice upon counsel for all parties by securely enclosing the aforesaid document in a postage paid wrapper and placed in a post office box regularly maintained by the United States Postal Service in Westbury, New York in said County of Nassau, directed to the following:

        LAW OFFICE OF DIANE McFADIN
        Attorney for Plaintiff
        11 Broadway – Suite 715
        New York, New York 10004

        LOEB & LOEB, LLP
        Attorneys for Defendant
           Lawyers Title Insurance Corp.
        345 Park Avenue
        New York, New York 10154

        WILSON, ELSER, MOSCOWITZ,
           EDELMAN & DICKER, LLP
        Attorneys for Defendant Acranet
        150 E. 42nd Street
        New York, New York 10017

Dated: Westbury, New York
      May 14, 2008

                                            **LEVIN & CHETKOF, LLP**

                                            By: _____
                                              **Michael G. Levin, Esq.** (MGL 5441)
                                            Attorneys for Defendant Rovegno
                                            265 Post Avenue - Suite 290
                                            Westbury, New York 11590
                                            (516) 338-2888
                                            File No.: GL 18050