LEVIN & CHETKOF, LLP
Michael G. Levin, Esq. (ML – 5441)
265 Post Avenue – Suite 290
Westbury, New York 11590
(516) 338-2888

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
================================================X   Civil Action No.: 07 Civ. 3646 (SCR)

BENNIE WILLIS,

               Plaintiff(s)   ***NOTICE OF APPEARANCE***

   -against-

LANDAMERICA ONESTOP, INC. d/b/a
LAWYERS TITLE SERVICES COMPANY, INC.,
and/or LAWYERS TITLE INSURANCE
CORPORATION, ACRANET MORTGAGE
SETTLEMENT SOLUTIONS, LLD, d/b/a
ACRANET LENDSERV, RICHARD ROVEGNO
and LAURA ROVEGNO

               Defendant(s).

================================================X

**PLEASE TAKE NOTICE THAT** LEVIN & CHETKOF, LLP, 265 Post Avenue, Suite 290, Westbury, New York 11590, hereby appears on behalf of defendants RICHARD ROVEGNO and LAURA ROVEGNO in that above-captioned action, and demand that all papers and notices be served upon them at the address stated below.

Dated: Westbury, New York
       May 14, 2008

                                       LEVIN & CHETKOF, LLP
                                       By:_____
                                       Michael G. Levin, Esq. (ML-5441)
                                       Attorneys for Defendants Rovegno
                                       265 Post Avenue - Suite 290
                                       Westbury, New York 11590

(516) 338-2888
File No.: GL 18050

To: LAW OFFICE OF DIANE McFADIN
Attorney for Plaintiff
11 Broadway – Suite 715
New York, New York 10004
646-723-2757

LOEB & LOEB, LLP
Attorneys for Defendant
  Lawyers Title Insurance Corp.
345 Park Avenue
New York, New York 10154

WILSON, ELSER, MOSCOWITZ,
  EDELMAN & DICKER, LLP
Attorneys for Defendant Acranet
150 E. 42nd Street
New York, New York 10017
212-490-3000

GL\ROVEGNO\GL 18050\LEGAL\NOTICE OF APP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
===========================================X   Civil Action No.: 07 Civ. 3646 (SCR)

BENNIE WILLIS,

              Plaintiff(s)              **_CERTIFICATE OF SERVICE_**

  -against-

LANDAMERICA ONESTOP, INC. d/b/a
LAWYERS TITLE SERVICES COMPANY, INC.,
and/or LAWYERS TITLE INSURANCE
CORPORATION, ACRANET MORTGAGE
SETTLEMENT SOLUTIONS, LLD, d/b/a
ACRANET LENDSERV, RICHARD ROVEGNO
and LAURA ROVEGNO

              Defendant(s).

===========================================X

I hereby certify that on the 14th day of May 2008, I served a copy of the foregoing Notice upon counsel for all parties by securely enclosing the aforesaid document in a postage paid wrapper and placed in a post office box regularly maintained by the United States Postal Service in Westbury, New York in said County of Nassau, directed to the following:

    LAW OFFICE OF DIANE McFADIN
    Attorney for Plaintiff
    11 Broadway – Suite 715
    New York, New York 10004

    LOEB & LOEB, LLP
    Attorneys for Defendant
      Lawyers Title Insurance Corp.
    345 Park Avenue
    New York, New York 10154

    WILSON, ELSER, MOSCOWITZ,
      EDELMAN & DICKER, LLP
    Attorneys for Defendant Acranet
    150 E. 42nd Street
    New York, New York 10017

Dated: Westbury, New York
      May 14, 2008

                              LEVIN & CHETKOF, LLP

                              By: _____
                              **Michael G. Levin, Esq.** (MGL 5441)
                              Attorneys for Defendant Rovegno
                              265 Post Avenue - Suite 290
                              Westbury, New York 11590
                              (516) 338-2888
                              File No.: GL 18050

Civil Number: CV-07 3646   Year: 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENNIE WILLIS,

*Plaintiff(s),*

-against-

LANDAMERICA ONESTOP, INC., d/b/a LAWYERS TITLE SERVICES COMPANY, INC., et al.,

*Defendant(s).*

## NOTICE OF APPEARANCE

**LEVIN & CHETKOF, LLP**
*Attorney for Defendant(s) Rovegno*
265 POST AVENUE
SUITE 290
WESTBURY, NEW YORK 11590
(516)-338-2888

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies upon information and belief and reasonable inquiry, the contents contained in the annexed documents are not frivolous.*

Dated: 5/14/08        Signature _____
                      Print Signer's Name:   Michael G. Levin

Service of a copy of the within                           Is hereby admitted

Dated:
                                          _____
                                          Attorney for

PLEASE TAKE NOTICE

☐ NOTICE OF ENTRY
   That the within is a (certified) true copy of a
   Entered in the office of the clerk of the within named Court on         2008.

☐ That an Order of which the within is a true copy of will be presented for settlement to the
   Hon.                                one of the judges of the within named Court,
   at
   on                       2008, at          .m..
Dated:

LEVIN & CHETKOF, LLP
Attorney for Defendant(s)
265 Post Avenue - Suite 290
Westbury, New York 11590
(516) 338-2888

To:
   Attorney(s) for