# METHENY
# EXHIBIT A



**Corporate Headquarters:**
Executive Plaza II, Suite 200
11350 McCormick Road
Hunt Valley, MD 21031
(410) 785-2200

## FAX COVER SHEET

To:    Name:  _Terry Methen_
       Title:
       Company:
       Phone:
       Fax:   _870-741-1975_

From:  Name:    Jeanette Haynes
       Title:   Loan Analyst-New York Lending Division
       Company: Eastern Savings Bank
       Phone:   410-568-6027
       Fax:     410-568-4591
       E-mail:  Jhaynes@easternsavingsbank.com

Re:

Date:  _3-20-06_
Time:

Number of Pages (Including Cover Page):  _5_

Remarks: ☐ Urgent    ☐ For your review    ☐ Reply ASAP    ☐ Please comment

Terry,
   Once you discuss terms & Conditions
w/ borr — pls have him sign & return
to begin appraisal process
        Thanks
        Jeanette

## CONFIDENTIALITY NOTICE

The information contained in this facsimile transmission is intended solely for the party or parties addressed above. If any party other than an intended recipient receives this transmission, please contact the sender at the above number and destroy all documents received by you. Also, if this transmission contains any customer information, the recipient is advised that such information is covered by the privacy provisions of the Gramm-Leach-Bliley Act and any other applicable privacy laws, regulations, and guidelines. Accordingly, recipient shall take all reasonable precautions to ensure the security and confidentiality of this customer information.



# Broker Cover Sheet

**SAVINGS BANK** fsh
Established 1905

Broker's Name: _Terry Metheny_        Fax No. _870-741-1475_

Borrower's Name: _____ _Rovega_ _____

**ESB Loan Representative:** Jeanette Haynes
**Phone No.:** 410-568-6027    **E-Mail:** Jhaynes@easternsavingsbank.com
**Fax No:** 410-568-4591

Attached is a Loan Proposal Sheet ("LPS") reflecting the terms and conditions of ESB's offering. Please be advised of the following as it relates to this transaction:

❖ The maximum broker points specified on the LPS is inclusive of any fees (e.g., application, processing, credit report, etc.) that you may have requested and/or disclosed in either your broker fee agreement or a good faith estimate. In otherwords, ESB will permit only one fee amount to be paid to the broker, which will be reflected as broker points on the HUD-1. ESB will require a signed broker fee agreement prior to closing which matches the fee amount/% being paid at closing.

❖ ESB does not pay yield spread premium on its loans.

❖ If this is a residential (i.e., RESPA-covered transaction), ESB will mail its own good faith estimate ("GFE") directly to the borrower(s) along with other applicable early disclosure documents, within three business days of receiving the signed LPS. Should you desire a copy of ESB's GFE upfront or prior to closing, please advise your ESB loan representative or processor.

❖ ESB will be ordering its own appraisal report ☑, appraisal review ☐, broker's price opinion ("BPO") ☐, or ESB inspection ☐. If an appraisal has already been ordered or received, and ESB has stipped for a new appraisal report, please advise.

❖ The fee for ESB's appraisal/review/BPO/inspection should be paid as follows:
  ☑    Borrower will be responsible for paying the review appraiser/agent directly at the time of property inspection. Payment should be made in the form of cash, money order, certified check or cashiers' check. No personal checks please.
  ☐    The fee will be paid from the deposit made to ESB.

❖ Title is to be ordered by broker unless otherwise requested. Please inform your loan representative of the title company being selected to ensure acceptance.

❖ Please have the borrower(s) sign the attached Loan Proposal Form to reflect acceptance of the terms and conditions of this offering and return to your Loan Representative. Should you choose to sign the Loan Proposal Form on behalf of the borrower(s), ESB must receive a signed 1003, Broker Fee Agreement or GFE prior to putting the loan into processing. ESB will not process the application until this signed documentation is received.

❖ Once the loan application is put into processing, please submit all documentation "stips" to the ESB processor, whose name and contact information will be furnished at that time.

**EASTERN SAVINGS BANK**
Page 2 of 2

JEANETTE HAYNES
NEW YORK LENDING DIVISION
Phone: 410-568-6027    Fax: 410-568-4591

*jhaynes@easternsavingsbank.com*

PURCHASE MONEY APPLICATIONS ONLY:

| | |
|---|---|
| Purchase Price: | $_____ |
| Borrower's Funds: | $_____  ___% |
| Secondary Financing: | $_____  ___% |
| ESB Loan: | $_____ |
| Closing Costs: | $_____ |

Total Funds From Borrower:  $_____
Source of Funds: _____

**Documents Enclosed**

| | | | |
|---|---|---|---|
| ☒ 1003 (Application) - required | ☒ Credit Report - required | ☐ Credit Explanation | ☐ Other: ____ |
| ☐ Tax Returns | ☐ Bank Statements | ☐ W-2's/Paystubs | ☐ Other: ____ |
| ☐ Rent Roll | ☐ Leases | ☐ Sales Contract | ☐ Other: ____ |
| ☐ Property Photos | ☐ Appraisal | ☐ Title | |
| ☐ Hazard Insurance | | | |

Thank you for considering Eastern Savings Bank – a true collateral-based portfolio lender – for your SUB-PRIME Residential and Commercial needs. Don't forget ESB's many "Niche" programs, including:

- ❖ Super jumbo sub-prime loans (up to $15 million)
- ❖ Loans to borrowers with low (sub-500) credit scores
- ❖ Foreclosure programs (no maximum delinquency) to 65% LTV
- ❖ Bankruptcy programs
- ❖ Bridge loans (e.g., loans to borrowers who intend to sell their property)
- ❖ Loans with unlimited cash-out
- ❖ A-D credit Co-Op loans
- ❖ Loan based on "subject to" values (e.g., renovation loans)
- ❖ No maximum d/I restrictions – restrictions dependent upon credit/employment situation
- ❖ Flexible/Creative income verification
- ❖ Loans to self-employed borrowers with less than 24 months in business
- ❖ Loans to foreign nationals, trusts, LLC's and non-profit entities
- ❖ Blanket (cross-lien) loans

g:/shared/ESB/Loan Origination/Forms/LOANSUB.doc

**EASTERN SAVINGS BANK**
Established 1905

*LOAN PROPOSAL*

170313

EQUAL HOUSING LENDER

Date: **March 2, 2006**   Borrower(s): **Richard F Rovegno**

Property Address(es): **28 Terri Lee Ln**   Mortgage Company: **First National Mortgage**

**New Hempstead, NY 10977**   Contact: **Terry Metheny**

Property Type: **Single Family**   Phone No: **(870) 741-1412**

ESB Contact Person: **Jeanette Haynes**   Fax No.: **(870) 741-1475**

Phone No.: **(410) 568-6027**   Fax No.: **(410) 568-4591**   E-mail: **jhaynes@easternsavingsbank.com**

ESB Address: **11350 McCormick Road, Suite 200, Hunt Valley, MD 21031**

Loan Proposal Terms (Note: terms below expire 30 days from date proposed):   Niche: **No Credit Score requirements**

| | | | |
|---|---|---|---|
| Loan Amount: **$357,500.00** | Broker Points: **2.000** | Credit Classification: **C** |
| Max. LTV Ratio*: **65.000%** | Max. D/I Ratio: **55.000%** | Income Verification: **Full Doc** |
| Interest Rate: **11.990%** | Lien Position: **1st** | Amortization Term: **360** |
| ESB Points: **2.000** | O/O – N/O/O: **O/O** | Balloon Term: **N/A** |
| Prepay Premium: **3 yr, 6 mo. int.** | Escrow for Tax & Ins.: **yes** | Call Term: **120** |

Exit Fee: _____

* Based upon ESB assigned value; proposed loan amount may change pending ESB's valuation of the collateral and review of other pertinent information.
EASTERN SAVINGS BANK WILL NOT BEGIN PROCESSING THIS LOAN REQUEST UNTIL WE HAVE RECEIVED:
   Either a borrower signed Broker's Good Faith Estimate or a Broker Fee Agreement

   **Borrower Signed Loan Proposal**

Documentation Requirements ("Stips")

### A. Applicant-Related Conditions

| Req. | Rec. | Item/Condition |
|---|---|---|
| X | | Signed Credit Application (1003) |
| | | Borrower's Phone No.: ☐ home ☐ business ☐ cell (if appl.) ☐ fax (if appl.) |
| | | Complete Schedule of REO – including property types, dates acquired, original purchase prices, present market values, present lien balances, and monthly payments |
| | | Original purchase price/date – subject property |
| | | Schedule of Assets/Liabilities |
| | | Asset Verification – describe: |
| X | | VOE |
| | | Divorce Decree/Separation Agreement |
| | | Business License |
| | | Articles of Incorporation/By-Laws |
| | | Certificate of Good Standing/Corporate Resolution |
| | | Power of Attorney |
| | | Direct Debit of Payments |
| X | | Copy of Driver's License |
| | | Other: |
| | | Other: |
| | | Other: |

### B. Income-Related Conditions

| Req. | Rec. | Item/Condition |
|---|---|---|
| X | | 2 most recent paystubs |
| | | Proof of payroll deductions |
| X | | W-2/1099 for following year(s): **last two years** |
| | | Signed 1040's for following year(s): |
| | | ☐ Schedule C/ ☐ Schedule E for following years: |
| | | Signed corporate returns for following year(s): |
| X | | Signed IRS Form 4506 – ☒ prior to processing; ☐ at closing |
| | | _____ months personal bank statements |
| | | _____ months business bank statements |
| | | YTD P&L/Income and Expenses |
| | | ☐ Pension, ☐ social security, ☐ disability award letter(s)/copies of checks |
| | | Proof of child support receipt/continuation |
| | | Rental Agreement |
| | | Other: |
| | | Other: |
| | | Other: |

### C. Credit-Related Conditions

| Req. | Rec. | Item/Condition |
|---|---|---|
| | X | Credit Report |
| X | | Credit Explanation Letter (drafted and signed by applicant[s]) |
| X | | VOM – subject property : ☐ 1st ☒ 2nd ☐ 3rd |
| | | _____ months cancelled checks as proof of mortgage payments |
| | | VOM – additional properties |
| | | Verification of Rent/cancelled checks |
| | | Proof judgements, liens, charge-offs or collections are paid (Note: liens and judgements on credit report are to be reported to the title co.) |
| | | Bankruptcy Papers, Proof of Discharge/Dismissal |
| | | Bankruptcy Plan Payment History |
| | | Copy of 1st Mortgage Note |
| | | Copy of Note for Subordinate Financing |
| | | Permission from BK Trustee to Refinance |
| | | Other: |
| | | Other: |
| | | Other: |

### D. Purchase Money Conditions

| Req. | Rec. | Item/Condition |
|---|---|---|
| | | Executed Agreement of Sale with all addendum's/extensions |
| | | Proof of earnest money deposit(s) |
| | | Proof of funds to close – must be seasoned ☐ Y ☐ N |
| | | Gift letter |
| | | Copy of seller take-back Note |
| | | Copy of listing (if on the market presently or during the past 12 months) |
| | | Survey with paid invoice |
| | | Pest Inspection with paid invoice |
| | | Well and Septic Certification (when applicable) |
| | | Other: |
| | | Other: |
| | | Other: |
| | | Other: |

Page 1 of 2

Initials: _____

loanpro

## *LOAN PROPOSAL*

| E. Collateral-Related Conditions | | |
|---|---|---|
| Req. | Rec. | Item/Condition |
| | | Photographs of subject property - ☐ exterior  ☐ interior |
| X | | Hard copy appraisal |
| | | Appraisal Order Form w/ copy of invoice |
| | | Appraisal review (to be ordered by ESB; applicant to pay at Door) ☐ interior inspection ☐ exterior (drive-by) only ☐ desk review |
| | | Broker's Price Opinion (to be ordered by ESB) |
| X | | Hazard insurance w/ agents name and phone number |
| | | Flood insurance (if applicable) |
| | | Flood Hazard Notification Letter (if applicable) |
| X | | Flood Certification (ESB to order) |
| | | HUD-1/Closing Statement from original purchase |
| | | Deed from original purchase |
| | | Leases |
| | | Rent Roll/DHCR's – i ncl. terms, unit addresses/sq. footage |
| | | Environment Report (Phase I) |
| X | | Certificate of Occupancy |
| | | Contractor's Estimate/HI Contract |
| | | Construction Plans and Specs |
| | | Other: |
| | | |
| | | Other: |
| | | |
| | | Other: |

| F. Title-Related Conditions | | |
|---|---|---|
| Req. | Rec. | Item/Condition |
| X | | Title commitment |
| | | Title bring-to-date |
| | | Title assignment to ESB |
| X | | Title review by ESB counsel |
| | | Survey |
| | | Foreclosure Redemption Certificate |
| | | Sheriff's Sale Notice |
| | | UCC and Lien Search |
| | | Co-op Offering Plan (including current by-laws) |
| | | Copy of Stock Certificate (Stock Shares) |
| | | Proprietary Lease |
| | | Recognition Agreement signed by Co-op Board Members (Agreement prepared by ESB) |
| | | Co-op Financial Statements |
| X | | Title Company Name and Phone Number |
| | | |
| | | Other: |
| | | |
| | | Other: |
| | | |
| | | Other: |
| | | |
| | | Other: |
| | | |

| G. Loan-Related Conditions | | |
|---|---|---|
| Req. | Rec. | Item/Condition |
| X | | Itemization of Loan Proceeds |
| | | Cash-Out Letter |
| X | | Mortgage Payoff(s)- m ust be itemized ☒ 1ˢᵗ ☒ 2ⁿᵈ ☐ 3ʳᵈ |
| | | Other Payoff(s) - describe: |
| X | | Borrower Interview |
| | | Other: |
| | | |
| | | Other: |
| | | |
| | | Other: |

| H. Other Conditions | | |
|---|---|---|
| Req. | Rec. | Item/Condition |
| X | | Signed Broker Agreement |
| X | | Approved Broker Package |
| X | | Broker 1003 and Early Disclosure Statement |
| | | Other: |
| | | |
| | | Other: |
| | | |
| | | Other: |
| | | |
| | | |

### NOTICE OF INCOMPLETE APPLICATION AND
### REQUEST FOR ADDITIONAL INFORMATION

The following information is needed to make a decision on your application: **The items indicated in Sections A, B, C, and H of this Loan Proposal.** We need to receive this information by April 1, 2006 . If we do not receive it by that date, we will regrettably be unable to give further consideration to your credit request.

Additional Comments:
1) Borrower will be required to have property appraised by an ESB approved appraiser. Fee to be collected at the door w/ cash or certified funds.
2) Loan Purpose: payoff 1st & 2nd mtgs, consolidate debt and pay closing costs. No cashout.
3) ESB assumes that 2nd mtg is not greater than 90 days late.

The items specified in sections A, B, C, and H are needed prior to Eastern Savings Bank considering your application complete; However, we will also need all of the items specified in sections D, E, F, and G before we can make a final underwriting decision on your loan. Please provide all of the necessary items as soon as possible to expedite the processing of this loan request.

By signing below, broker/borrower acknowledges acceptance of the terms and conditions contained herein, and grants permission for ESB to process this request for credit. In order to facilitate processing, the borrower, or the broker on the borrower's behalf, authorizes and consents to disclosure by the lender of any information necessary to process this request for credit. This authorization and consent includes disclosures to the borrower's mortgage broker, appraisers, real estate brokers, inspectors, title insurance companies and their agents, and any other party performing a necessary service in connection with the processing, underwriting, or closing of the requested loan.

Please be advised that this proposal does not constitute a commitment to fund, and is based upon information supplied by the borrower and/or broker. As such, the terms and conditions specified above are subject to change as additional documentation is obtained and reviewed and as additional due diligence is performed by ESB. Please also be advised that ESB reserves the right to speak directly with the applicant(s) throughout the loan process.

_____     _____
Signature                    Date

_____
Date Received by ESB

 EASTERN SAVINGS BANK
Established 1906

Page 2 of 2

 EQUAL HOUSING LENDER
Loanpro2.1103

# METHENY
# EXHIBIT B

# EASTERN SAVINGS BANK fsb
### Established 1905

# LOAN SUBMISSION SHEET

From: Terry Metheny          Company: First National Mortgage

Phone No.: 870-741-1412          Fax No.: 870-741-1475

Your Email Address: terrymetheny34@yahoo.com

ESB Contact Person: **JEANETTE HAYNES**
**NEW YORK LENDING DIVISION**
**Phone: 410-568-6027    Fax: 410-568-4591    Jhaynes@easternsavingsbank.com**

Date Submitted: 3-1-06

Transaction Type:   ☒ Residential   ☐ Commercial
                    ☐ Refinance     ☐ Purchase     ☐ Construction     ☐ Other

## Brief Summary/Purpose of Loan (story)

Customer was laid off 6-05 due to company losing a major contract. He was making $8510 an hour. They cashed in 401K to make house note payment 2nd mortgage is trying to fore close on home. Wants & needs a fresh start now that he is gainfully employed again.

Borrower: Rick Rovegno          Co-Borrower/Guarantor: _____

Comments on Borrower's Employment/Business: New Job Same line of Work

Property Address: 28 Terri ~~Lee~~ Ln     New Hempstead NY 10977

Property Type: SFR     No. of Units: 1     Date Purchased: 1999     Purchase Price: 248,000

Occupancy: ☒ O/O   ☐ N/O/O

Credit Grade/Score: 1/83     Date of Credit Report: 3-1-06     In Foreclosure: ☐ Y ☒ N     In Bankruptcy: ☐ Y ☒ N

Income Profile:   ☒ Full Doc   Description of documentation to be furnished with this application
                  ☐ Lite Doc   _____
                  ☐ Stated    _____

Brief Explanation of Adverse Credit: Due to being laid off work & finding new employment

## Loan Terms Requested

Loan Amount Requested: $357,500

Estimated Collateral Value: $550,000
(if < $200,000, please contact your ESB Loan Rep. before submitting)

Already appraised?   ☐ Yes   ☒ No   Date: _____

LTV Requested: 65%
(if > 70%, please contact your ESB Loan Rep. before submitting)

Interest Rate Requested: _____
(if < 10%, please contact your ESB Loan Rep. before submitting)

Amort. Term Requested: 2/28

Total Broker Points Requested: _____

Lender Points: TBD by ESB
(Note: par pricing not permitted)

Prepayment Penalty: TBD by ESB

## Use of Loan Proceeds –
### ** IMPORTANT **
### PLEASE COMPLETE

| | Estimated Payoff | Existing Rate | Existing Payment | Escrow Included Y/N | Status/ Due Date | Rating | History Past 12 Months | | |
|---|---|---|---|---|---|---|---|---|---|
| P/O Mortgage (1st): | $247,500 | 4.75 | 2419 | Y | 1st | | 30 | 60 | 90 |
| P/O Mortgage (2nd): | $53,000 | 12.0 | 523 | N | 1st | | 30 | 60 | 90 |
| P/O Mortgage (3rd): | $ | | | | | | 30 | 60 | X 90 |
| P/O Other Liens/Judgements: | $ | Describe: | | | | | 30 | 60 | 90 |
| Past Due Real Estate Taxes: | $ | | | | | | | | |
| Past Due Income Taxes: | $ | | | | | | | | |
| Cash for Debt Consolidation: | $40,000 | | | | | | | | |
| Cash for Prop. Improvements: | $ | Describe: | | | | | | | |
| Cash for Other Purpose: | $ | Describe: | | | | | | | |
| Estimated Closing Costs: | $17,500 | | | | | | | | |

Loan Total: $357,500

g:/shared/ESB/Loan Origination/Forms/LOANSUB.doc

# METHENY
# EXHIBIT C

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

Borrower _____    Co-Borrower _____

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☑ Conventional  ☐ Other (explain): ☐ FHA  ☐ USDA/Rural Housing Service | | Agency Case Number | Lender Case Number |
|---|---|---|---|---|

| Amount | Interest Rate | No. of Months | Amortization Type: | |
|---|---|---|---|---|
| $ 357,500 | 11.990 % | 360/360 | ☐ Fixed Rate  ☐ Other (explain): ☐ GPM  ☑ ARM (type): 2/28 ARM | |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, & ZIP) | No. of Units |
|---|---|
| 28 TERRI LEE LN, NEW HEMPSTEAD, NY 10977    County: Rockland | 1 |

| Legal Description of Subject Property (attach description if necessary) | Year Built |
|---|---|
| | 1964 |

| Purpose of Loan | ☐ Purchase  ☐ Construction  ☐ Other (explain): ☑ Refinance  ☐ Construction-Permanent | Property will be: ☑ Primary Residence  ☐ Secondary Residence  ☐ Investment |
|---|---|---|

**Complete this line if construction or construction-permanent loan.**

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a+b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

**Complete this line if this is a refinance loan.**

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements | ☐ made  ☐ to be made |
|---|---|---|---|---|---|
| 1999 | $ 248,000 | $ 300,000 | Cash-Out/Debt Consolidation | Cost: $ | |

| Title will be held in what Name(s) | Manner in which Title will be held | Estate will be held in: |
|---|---|---|
| RICHARD F ROVEGNO  LAURA J ROVEGNO | JTWROS | ☑ Fee Simple  ☐ Leasehold (show expiration date) |

| Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain) |
|---|
| |

## III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable)  RICHARD F ROVEGNO | Co-Borrower's Name (include Jr. or Sr. if applicable) |

| Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School | Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School |
|---|---|---|---|---|---|---|---|
| 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 | 845-362-4728 | 06/28/1955 | 12 | | | | |

| ☑ Married  ☐ Unmarried (include single, divorced, widowed)  ☐ Separated | Dependents (not listed by Co-Borrower) no. 0   ages | ☐ Married  ☐ Unmarried (include single, divorced, widowed)  ☐ Separated | Dependents (not listed by Borrower) no.   ages |
|---|---|---|---|

| Present Address (street, city, state, ZIP)  ☑ Own ☐ Rent  6 No. Yrs.  28 TERRI LEE LN  NEW HEMPSTEAD, NY 10977 | Present Address (street, city, state, ZIP)  ☐ Own ☐ Rent _____ No. Yrs. |
|---|---|

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |
|---|---|
| | |

**If residing at present address for less than two years, complete the following:**

| Former Address (street, city, state, ZIP)  ☐ Own ☐ Rent _____ No. Yrs. | Former Address (street, city, state, ZIP)  ☐ Own ☐ Rent _____ No. Yrs. |
|---|---|
| | |

| Former Address (street, city, state, ZIP)  ☐ Own ☐ Rent _____ No. Yrs. | Former Address (street, city, state, ZIP)  ☐ Own ☐ Rent _____ No. Yrs. |
|---|---|
| | |

| Borrower | IV. EMPLOYMENT INFORMATION | | Co-Borrower | |
|---|---|---|---|---|
| Name & Address of Employer ☐ Self Employed **GRAPEVINE TECHNOLOGIES** **487 OLD POST RD** **Fairfield, CT 06824** | Yrs. on this job **1 mth(s)** Yrs. employed in this line of work/profession **25** | Name & Address of Employer ☐ Self Employed | Yrs. on this job Yrs. employed in this line of work/profession | |
| Position/Title/Type of Business **COMPUTER PROJECT MANAGER** | Business Phone (incl. area code) **203-964-5274** | Position/Title/Type of Business | Business Phone (incl. area code) | |

*If employed in current position for less than two years or if currently employed in more than one position, complete the following:*

| Name & Address of Employer ☐ Self Employed **US EAST** **350 5TH AVE SUITE 2602** **New York, NY 10118** | Dates (from-to) **1997 - 07/2005** Monthly Income $ **14,733.00** | Name & Address of Employer ☐ Self Employed | Dates (from-to) Monthly Income $ |
|---|---|---|---|
| Position/Title/Type of Business **COMPUTER PROJECT MANAGE** | Business Phone (incl. area code) **212-840-3444** | Position/Title/Type of Business | Business Phone (incl. area code) |

| Name & Address of Employer ☐ Self Employed | Dates (from-to) Monthly Income $ | Name & Address of Employer ☐ Self Employed | Dates (from-to) Monthly Income $ |
|---|---|---|---|
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

| Name & Address of Employer ☐ Self Employed | Dates (from-to) Monthly Income $ | Name & Address of Employer ☐ Self Employed | Dates (from-to) Monthly Income $ |
|---|---|---|---|
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

| Name & Address of Employer ☐ Self Employed | Dates (from-to) Monthly Income $ | Name & Address of Employer ☐ Self Employed | Dates (from-to) Monthly Income $ |
|---|---|---|---|
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 9,533.33 | $ | $ 9,533.33 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | 2,419.00 | $ 3,674.54 |
| Bonuses | | | | Other Financing (P&I) | 523.00 | |
| Commissions | | | | Hazard Insurance | | 100.00 |
| Dividends/Interest | | | | Real Estate Taxes | | 100.00 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $ 9,533.33 | $ | $ 9,533.33 | Total | $ 2,942.00 | $ 3,874.54 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

**Describe Other Income    Notice:** Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |
| | | |
| | | |

Fannie Mae Form 1003   07/05
CALYX Form Loanapp2.frm 09/05                 Page 2 of 5        Borrower
                                                               Co-Borrower           Freddie Mac Form 65   07/05

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed by that spouse or other person also.

Completed  ☑ Jointly  ☐ Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | | | |

| | | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| **List checking and savings accounts below** | | Name and address of Company **CHAMPION MORTGAGE** | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union **CHASE** | | | | |
| | | Acct. no. **17630922** | *  (2,419) | 247,000 |
| Acct. no. | $  5,000 | Name and address of Company **CHAMION** | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | *  (523) | 53,000 |
| Acct. no. | $ | Name and address of Company **TOYOTA MTR** | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. **70402961410370001** | *  777 | 23,977 |
| Acct. no. | $ | Name and address of Company **CAPITAL ONE BANK** | $ Payment/Months | $ |
| Stocks & Bonds (Company name/number description) | $ | | | |
| | | Acct. no. **486236238247** | *  350 /(R) | 7,000 |
| | | Name and address of Company **WASHINGTON MUTUAL** | $ Payment/Months | $ |
| Life insurance net cash value | $ | | | |
| Face amount: $ | | | | |
| **Subtotal Liquid Assets** | $  5,000 | Acct. no. **2301039937** | *  50 /(R) | 1,658 |
| Real estate owned (enter market value from schedule of real estate owned) | $  550,000 | Name and address of Company **CAPITAL ONE BANK** | $ Payment/Months | $ |
| Vested interest in retirement fund | $ | | | |
| Net worth of business(es) owned (attach financial statement) | $ | | | |
| | | Acct. no. **529107166824** | *  63 /(R) | 1,257 |
| Automobiles owned (make and year) **99 JEEP** **04 LEXUS** | $  2,000  24,000 | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) **HOUSEHOLD FURNITURE** | $  40,000 | Job-Related Expense (child care, union dues, etc.) | $ | |
| | | **Total Monthly Payments** | $ | |
| **Total Assets a.** | $  621,000 | Net Worth (a minus b)  => $  284,225 | **Total Liabilities b.** $  336,775 | |

**Schedule of Real Estate Owned** (if additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| **28 TERRI LEE LN NEW HEMPSTEAD, NY 10977** | SFR | $  550,000 | $  300,000 | $ | $  3,000 | $ | $ |
| | | | | | | | |
| | | | | | | | |
| Totals | | $  550,000 | $  300,000 | $ | $  3,000 | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|

Fannie Mae Form 1003  07/05
CALYX Form Loanapp3.frm 09/05

Page 3 of 5

Borrower
Co-Borrower

Freddie Mac Form 65  07/05

| VII. DETAILS OF TRANSACTION | | VIII. DECLARATIONS | | | | | |
|---|---|---|---|---|---|---|---|
| | | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | Borrower | | Co-Borrower | | |
| a. Purchase price | $ | | Yes | No | Yes | No | |
| b. Alterations, improvements, repairs | | a. Are there any outstanding judgments against you? | ☐ | ☑ | ☐ | ☐ | |
| c. Land (if acquired separately) | | b. Have you been declared bankrupt within the past 7 years? | ☐ | ☑ | ☐ | ☐ | |
| d. Refinance (incl. debts to be paid off) | 336,775.00 | c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☑ | ☐ | ☐ | |
| e. Estimated prepaid items | 1,190.67 | d. Are you a party to a lawsuit? | ☐ | ☑ | ☐ | ☐ | |
| f. Estimated closing costs | 11,015.00 | e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | ☐ | ☑ | ☐ | ☐ | |
| g. PMI, MIP, Funding Fee | | (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | | | | |
| h. Discount (if Borrower will pay) | 7,150.00 | | | | | | |
| i. Total costs (add items a through h) | 356,130.67 | | | | | | |
| j. Subordinate financing | | f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | ☐ | ☑ | ☐ | ☐ | |
| k. Borrower's closing costs paid by Seller | | | | | | | |
| l. Other Credits (explain) | | g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☑ | ☐ | ☐ | |
| | | h. Is any part of the down payment borrowed? | ☐ | ☑ | ☐ | ☐ | |
| | | i. Are you a co-maker or endorser on a note? | ☐ | ☑ | ☐ | ☐ | |
| | | j. Are you a U. S. citizen? | ☑ | ☐ | ☐ | ☐ | |
| | | k. Are you a permanent resident alien? | ☐ | ☑ | ☐ | ☐ | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 357,500.00 | l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☑ | ☐ | ☐ | ☐ | |
| n. PMI, MIP, Funding Fee financed | | m. Have you had an ownership interest in a property in the last three years? | ☑ | ☐ | ☐ | ☐ | |
| o. Loan amount (add m & n) | 357,500.00 | (1) What type of property did you own-principal residence (PR), second home (SH), or investment property (IP)? | PR | | | | |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | -1,369.33 | (2) How did you hold title to the home-solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | SP | | | | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

Acknowledgement. Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature X | Date | Co-Borrower's Signature X | Date |
|---|---|---|---|

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information | CO-BORROWER | ☐ I do not wish to furnish this information |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino   ☑ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino   ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native   ☐ Asian   ☐ Black or African American   ☐ Native Hawaiian or Other Pacific Islander   ☑ White | Race: | ☐ American Indian or Alaska Native   ☐ Asian   ☐ Black or African American   ☐ Native Hawaiian or Other Pacific Islander   ☐ White |
| Sex: | ☐ Female   ☑ Male | Sex: | ☐ Female   ☐ Male |

| To be Completed by Interviewer This application was taken by: | Interviewer's Name (print or type) TERRY METHENY | Name and Address of Interviewer's Employer FIRST NATIONAL MORTGAGE SOURCES |
|---|---|---|
| ☐ Face-to-face interview ☐ Mail ☑ Telephone ☐ Internet | Interviewer's Signature                     Date | 200 HWY 43 E SUITE 5 Harrison, AR 72601 |
| | Interviewer's Phone Number (incl. area code) 870-741-1412 | (P) 870-741-1412 (F) 870-741-1475 |

Fannie Mae Form 1003   07/05
CALYX Form Loanapp4.frm 09/05

Page 4 of 5

Freddie Mac Form 65   07/05

# Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower:<br>**RICHARD F ROVEGNO** | Agency Case Number: |
|---|---|---|
| | Co-Borrower: | Lender Case Number: |

## VI.   ASSETS   AND   LIABILITIES

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>**CAPITAL ONE BANK** | $ Payt./Mos. | $ |
| Acct. no.                           $ | | Acct. No.  529107147247 | *              26/(R) | 778 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>**CAPITAL ONE BANK** | $ Payt./Mos. | $ |
| Acct. no.                           $ | | Acct. No.  412174161985 | *              23/(R) | 456 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>**CBUSA** | $ Payt./Mos. | $ |
| Acct. no.                           $ | | Acct. No.  603532001674 | *              32/(R) | 415 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>**DELL FINANCIAL** | $ Payt./Mos. | $ |
| Acct. no.                           $ | | Acct. No.  7945011700004 | *              15/(R) | 390 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>**HSBC** | $ Payt./Mos. | $ |
| Acct. no.                           $ | | Acct. No.  540791205679 | *              18/(R) | 367 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>**TARGET** | $ Payt./Mos. | $ |
| Acct. no.                           $ | | Acct. No.  92792385 | *              23/(R) | 227 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>**OVERTON** | $ Payt./Mos. | $ |
| Acct. no.                           $ | | Acct. No.  2618 | * | 250 |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature:<br>X | Date | Co-Borrower's Signature:<br>X | Date |
|---|---|---|---|

Fannie Mae Form 1003   '07/05<br>CALYX Form 1003 Lnap5ast.frm 9/05

Page 5 of 5

Freddie Mac Form 65   07/05

# METHENY
# EXHIBIT D

# GOOD FAITH ESTIMATE

| | | | |
|---|---|---|---|
| Applicants: | RICHARD F ROVEGNO | Application No: | ROVEGNO, RICHARD |
| Property Addr: | 28 TERRI LEE LN, NEW HEMPSTEAD, NY 10977 | Date Prepared: | 03/01/2006 |
| Prepared By: | FIRST NATIONAL MORTGAGE SOURCES   Ph. 870-741-1412 | Loan Program: | 2/28 ARM |
| | 200 HWY 43 E SUITE 5, Harrison, AR  72601 | | |

The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates-actual charges may be more or less. Your transaction may not involve a fee for every item listed. The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 settlement statement which you will be receiving at settlement. The HUD-1 settlement statement will show you the actual cost for items paid at settlement.

Total Loan Amount $ **357,500**    Interest Rate: **11.990** %    Term: **360 / 360** mths

| 800 | ITEMS PAYABLE IN CONNECTION WITH LOAN: | | | PFC S F POC |
|---|---|---|---|---|
| 801 | Loan Origination Fee | 2.000% | $ 7,150.00 | |
| 802 | Loan Discount | 2.000% | 7,150.00 | |
| 803 | Appraisal Fee | | 350.00 | |
| 804 | Credit Report | | 25.00 | |
| 805 | Lender's Inspection Fee | | | |
| 808 | Mortgage Broker Fee | | | |
| 809 | Tax Related Service Fee | | | |
| 810 | Processing Fee | | 400.00 | |
| 811 | Underwriting Fee | | 990.00 | |
| 812 | Wire Transfer Fee | | | |

| 1100 | TITLE CHARGES: | | PFC S F POC |
|---|---|---|---|
| 1101 | Closing or Escrow Fee: | $ 2,100.00 | |
| 1105 | Document Preparation Fee | | |
| 1106 | Notary Fees | | |
| 1107 | Attorney Fees | | |
| 1108 | Title Insurance: | | |

| 1200 | GOVERNMENT RECORDING & TRANSFER CHARGES: | | PFC S F POC |
|---|---|---|---|
| 1201 | Recording Fees: | $ | |
| 1202 | City/County Tax/Stamps: | | |
| 1203 | State Tax/Stamps: | | |

| 1300 | ADDITIONAL SETTLEMENT CHARGES: | | PFC S F POC |
|---|---|---|---|
| 1302 | Pest Inspection | $ | |

| | | **Estimated Closing Costs** | **18,165.00** |
|---|---|---|---|

| 900 | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE: | | | | PFC S F POC |
|---|---|---|---|---|---|
| 901 | Interest for | 10 days @ $ | 119.0674 per day | $ 1,190.67 | |
| 902 | Mortgage Insurance Premium | | | | |
| 903 | Hazard Insurance Premium | | | | |
| 904 | | | | | |
| 905 | VA Funding Fee | | | | |

| 1000 | RESERVES DEPOSITED WITH LENDER: | | | | PFC S F POC |
|---|---|---|---|---|---|
| 1001 | Hazard Insurance Premium | months @ $ | 100.00 | per month | $ |
| 1002 | Mortgage Ins. Premium Reserves | months @ $ | | per month | |
| 1003 | School Tax | months @ $ | | per month | |
| 1004 | Taxes and Assessment Reserves | months @ $ | 100.00 | per month | |
| 1005 | Flood Insurance Reserves | months @ $ | | per month | |
| | | months @ $ | | per month | |
| | | months @ $ | | per month | |

| | | **Estimated Prepaid Items/Reserves** | **1,190.67** |
|---|---|---|---|
| TOTAL ESTIMATED SETTLEMENT CHARGES | | | 19,355.67 |
| COMPENSATION TO BROKER | (Not Paid Out of Loan Proceeds): | $ | |

| TOTAL ESTIMATED FUNDS NEEDED TO CLOSE: | | TOTAL ESTIMATED MONTHLY PAYMENT: | |
|---|---|---|---|
| Purchase Price/Payoff (+) | 336,775.00 | New First Mortgage(-) | |
| Loan Amount (-) | 357,500.00 | Sub Financing(-) | |
| Est. Closing Costs (+) | 18,165.00 | New 2nd Mtg Closing Costs(+) | |
| Est. Prepaid Items/Reserves (+) | 1,190.67 | Principal & Interest | 3,674.54 |
| Amount Paid by Seller (-) | | Other Financing (P & I) | |
| | | Hazard Insurance | 100.00 |
| | | Real Estate Taxes | 100.00 |
| | | Mortgage Insurance | |
| | | Homeowner Assn. Dues | |
| | | Other | |

| Total Est. Funds to you | | 1,369.33 | Total Monthly Payment | 3,874.54 |
|---|---|---|---|---|

☐ This Good Faith Estimate is being provided by _____ , a mortgage broker, and no lender has been obtained.  These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974, as amended (RESPA). Additional information can be found in the HUD Special Information Booklet, which is to be provided to you by your mortgage broker or lender, if your application is to purchase residential real property and the lender will take a first lien on the property. The undersigned acknowledges receipt of the booklet "Settlement Costs," and if applicable the Consumer Handbook on ARM Mortgages.

| | | | |
|---|---|---|---|
| Applicant   RICHARD F ROVEGNO | Date | Applicant | Date |

Calyx Form gfe.frm 11/01

04-25-2006  10:24                                                      P.02

# PURCHASE AGREEMENT

THIS AGREEMENT made and entered into this 21st day of April 2006, by and between Richard Revegno and Laura Rovegno, husband and wife, herein called Seller, and Bennie Willis, herein called buyer,

WITNESSTH:

IN CONSIDERATION of the mutual promises, agreements and undertakings of the parties hereto, IT IS MUTUALLY AGREED AS FOLLOWS:

1. Seller agrees to sell and Buyer agrees to purchase the following described real estate Located in Rockland County, New York, to-wit:

28 Terri Lee Ln
New Hempstead, NY 10977

2. The purchase price for said real estate shall be $434,000.

3. Sellers are responsible for paying off any lien that has been placed against the property also including paying any amounts due for back taxes up to the date of closing.

4. Seller agrees to pay up to 6% Seller concessions towards the Buyers closing cost

5. This contract shall be binding upon the parties hereto, their heirs, executors, administrators, personal representatives, successors and\or assigns.

6. This contract constitutes the entire agreement between the parties.

7. Buyer acknowledges that there are no agreements or representations, oral or otherwise, which had been made to Buyer as an inducement to sign this contract other than those set forth herein.

IN THE WITNESS WHEREOF, the parties have executed this agreement the day and year first above written.

LAURA
Rovegno

SELLER:

_Richard Rovegno_

BUYER:

_Bennie Willis_

# METHENY
# EXHIBIT E

# METHENY
# EXHIBIT F

To: Acranet Mortgage Solutions
From: Richard & Laura Rovegno
Re: Funds for the sale of 28 Terri Lee LN, New Hempstead, NY

To Whom It May Concern,

The funds that we are to receive are to be mailed to the broker and the check made out to CCLLC.

Thank You,

Richard Rovegno

Laura Rovegno

AL0000000001