# McFADIN
# EXHIBIT A

STATE OF NEW YORK        SOUTHERN COUNTY        U. S. DISTRICT COURT

DOCUMENTS SERVED WITH INDEX # 07-CIV-3646    AND FILED ON   May 8, 2007

ATTORNEY(S) Kevin T. Mulhearn, Esq. ,

---

       *Bennie Willis*                         *Plaintiff(s)/Petitioner(s)*

       *vs*

*Landamerica Onestop, Inc., d/b/a Lawyers Title Services Co., Inc., and/or Lawyers Title Insurance*    *Defendant(s)/Respondent(s)*

---

County of     Rockland     , State of     New York     .

       Robert Neiser        , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years

of age and resides at       Clifton Park, NY     . On     May 17, 2007     at     7:43 am

at             409 Old Route 202-C , Suffern, NY 10901

deponent served a     Summons in a Civil Case and Complaint

UPON:                 **Richard Rovegno**             Defendant

(herein called recipient) therein named.

**INDIVIDUAL** [ ]   by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**CORPORATION** [ ]   A _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

**SUITABLE AGE PERSON** [x]   by delivering a true copy of each to ____ Laura Rovergno ____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business   [x] dwelling house (usual place of abode) within the state.

**AFFIXING TO DOOR** [ ]   by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

Day _____ Date _____ Time _____    Day _____ Date _____ Time _____

Day _____ Date _____ Time _____    Day _____ Date _____ Time _____

**MAILING COPY** [x]   Deponent caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at recipient's last known [x] residence [ ] place of employment at: _____ Same as above _____ and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of New York on ____ 5/17/07 ____ .
[ ] A second mailing was also made by certified mail (Receipt No. _____ ) within one day after such delivering to such suitable person such affixing [ ] and with return receipt requested.

**DESCRIPTION** [x]   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex ___ Female ___   Color of skin ___ White ___   Color of hair ___ Brown ___   Approx. Age ___ 55 ___
Approx. Height ___ 5'7" ___   Approx. weight ___ 160 ___   Other _____

**WITNESS FEES** $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient. [ ]

**PHOTO** [ ]   Deponent was able to identify recipient from annexed photo.

**MILITARY SERVICE** [x]   Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed that recipient was not.

Sworn to before me on this 17th day of May, 2007          *Robert Neiser*

                                          Robert Neiser

MARK SANDSTROM
NOTARY PUBLIC, State of New York
No. O1SA4893767, Qualified in Rockland Co.
Term Expires May 26, 2007

Server's Lic. #

Invoice•Work Order # 9923565

ATTORNEY SERVICE BUREAU, P.O. BOX 382, POMONA, NEW YORK 10970, 845-638-1323



**Civil** • **Criminal** • **Query** • **Reports** • **Utilities** • **Logout**

To accept charges shown below, click on the 'View Document' button, otherwise click the 'Back' button on your browser.

| Pacer Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| Fri Sep 21 10:15:51 EDT 2007 | | | |
| **Pacer Login:** | dm2945 | **Client Code:** | willis |
| **Description:** | Image14-0 | **Case Number:** | 7:07-cv-03646-SCR |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

**View Document**

STATE OF NEW YORK          SOUTHERN COUNTY          U. S. DISTRICT COURT

DOCUMENTS SERVED WITH INDEX # 07-CIV-3646    AND FILED ON  May 8, 2007

ATTORNEY(S) Kevin T. Mulhearn, Esq. ,

---

Bennie Willis                                                                        *Plaintiff(s)/Petitioner(s)*

vs

*Landamerica Onestop, Inc., d/b/a Lawyers Title Services Co., Inc., and/or Lawyers Title Insurance*    *Defendant(s)/Respondent(s)*

---

County of    Rockland    , State of    New York

_____Robert Neiser_____ , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years

of age and resides at    Clifton Park, NY    . On    May 17, 2007    at    11:43 am

at _____409 Old Route 202-C , Suffern, NY 10901_____

deponent served a    Summons in a Civil Case and Complaint

[stamp: MAY 23 2007 USDC-WP-SDNY]

UPON: _____ **Laura Rovegno** _____ ,  __Defendant__
(herein called recipient) therein named.

**INDIVIDUAL**  by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person
[X]  described as said person therein.

**CORPORATION**  A _____ corporation, by delivering thereat a true copy of each to _____
[ ]  personally, deponent knew said corporation so served to be the corporation, described in same as said recipient
and knew said individual to be _____ thereof.

**SUITABLE AGE**  by delivering a true copy of each to _____ a person of suitable age and discretion.
**PERSON**  Said premises is recipient's  [ ]actual place of business    [ ]dwelling house (usual place of abode) within the state.

**AFFIXING TO**  by affixing a true copy of each to the door of said premises, which is recipient's    [ ] actual place of business
**DOOR**  [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient
[ ]  or a person of suitable age and discretion, having called thereat
Day _____ Date _____ Time _____    Day _____ Date _____ Time _____
Day _____ Date _____ Time _____    Day _____ Date _____ Time _____

**MAILING**  Deponent caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at
**COPY**  recipient's last known  [ ]residence    [ ] place of employment at: _____
[ ]  and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the
U. S. Postal Service within  the State of New York on _____ .
[ ] A second mailing was also made by certified mail (Receipt No. _____ ) within one
day after such delivering to such suitable person such affixing    [ ] and with return receipt requested.

**DESCRIPTION**  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
[X]  Sex    Female    Color of skin    White    Color of hair    Brown    Approx. Age    55
Approx. Height    5'7"    Approx. weight    160    Other _____

**WITNESS FEES** $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.
[ ]

**PHOTO**  Deponent was able to identify recipient from annexed photo.
[ ]

**MILITARY**  Deponent asked person spoken to whether the recipient was presently in military service of the United States
**SERVICE**  Government or on active duty in the military service in the State of New York and was informed that recipient was not.
[X]

Sworn to before me on this  17th  day of    May, 2007          _____
                                                                         Robert Neiser .

MARK SANDSTROM
NOTARY PUBLIC, State of New York
No. 01SA4893767, Qualified in Rockland Co.
Term Expires May 26, 2007

Server's Lic. # _____

Invoice•Work Order # 9923566

**ATTORNEY SERVICE BUREAU. P.O. BOX 382. POMONA. NEW YORK 10970. 845-638-1323**



**Civil  •  Criminal  •  Query  •  Reports  •  Utilities  •  Logout**

To accept charges shown below, click on the 'View Document' button, otherwise click the 'Back' button on your browser.

| Pacer Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| Fri Sep 21 10:07:54 EDT 2007 | | | |
| **Pacer Login:** | dm2945 | **Client Code:** | willis |
| **Description:** | Image13-0 | **Case Number:** | 7:07-cv-03646-SCR |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

View Document

STATE OF NEW YORK        SOUTHERN COUNTY        U. S. DISTRICT COURT

DOCUMENTS SERVED WITH INDEX # 07-CIV-3646    AND FILED ON   May 8, 2007

ATTORNEY(S) Kevin T. Mulhearn, Esq. ,

| | |
|---|---|
| _Bennie Willis_ | _Plaintiff(s)/Petitioner(s)_ |
| _vs_ | |
| _Landamerica Onestop, Inc., d/b/a Lawyers Title Services Co., Inc., and/or Lawyers Title Insurance_ | _Defendant(s)/Respondent(s)_ |

County of    Rockland   , State of    New York   .

     Robert Neiser      , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years

of age and resides at     Clifton Park, NY   . On    May 17, 2007    at    7:43 am

at        409 Old Route 202-C , Suffern, NY 10901

deponent served a     Summons in a Civil Case and Complaint

UPON: _____ **Laura Rovegno** _____, **Defendant**
(herein called recipient) therein named.

**INDIVIDUAL** [x]    by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**CORPORATION** [ ]    A _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

**SUITABLE AGE PERSON** [ ]    by delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**AFFIXING TO DOOR** [ ]    by affixing a true copy of each to the door of said premises, which is recipient's   [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

Day _____ Date _____ Time _____     Day _____ Date _____ Time _____
Day _____ Date _____ Time _____     Day _____ Date _____ Time _____

**MAILING COPY** [ ]    Deponent caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at recipient's last known [ ] residence   [ ] place of employment at: _____ and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of New York on _____ . [ ] A second mailing was also made by certified mail (Receipt No. _____ ) within one day after such delivering to such suitable person such affixing   [ ] and with return receipt requested.

**DESCRIPTION** [x]    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex _Female_   Color of skin _White_   Color of hair _Brown_   Approx. Age _55_
Approx. Height _5'7"_   Approx. weight _160_   Other _____

**WITNESS FEES** $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.
[ ]

**PHOTO** [ ]    Deponent was able to identify recipient from annexed photo.

**MILITARY SERVICE** [x]    Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed that recipient was not.

Sworn to before me on this 17th day of   May, 2007

_Robert Neiser_
Robert Neiser .

MARK SANDSTROM
NOTARY PUBLIC, State of New York
No. 01SA4893767, Qualified in Rockland Co.
Term Expires May 26, 2007

Server's Lic. # _____

Invoice•Work Order # 9923566

_ATTORNEY SERVICE BUREAU. P.O. BOX 382. POMONA. NEW YORK 10970. 845-638-1323_

# McFADIN
# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BENNIE WILLIS,

                    Plaintiff,                    07-CV-3646 (SCR)

   - against -

LANDAMERICA ONESTOP, INC., d/b/a
LAWYERS TITLE SERVICES COMPANY INC.,    **AFFIRMATION OF SERVICE**
and/or LAWYERS TITLE INSURANCE
CORPORATION, ACRANET MORTGAGE
SETTLEMENT SOLUTIONS, LLC, d/b/a
ACRANET LENDSERV, RICHARD ROVEGNO
and LAURA ROVEGNO,

                   Defendants.
-----------------------------------------------------------X

     I, Diane McFadin, declare under penalty of perjury that on Tuesday, October 16, 2007, I

served one copy each of the enclosed Request to Enter Partial Judgment, Clerk's Certificate for

Laura Rovegno, Clerk's Certificate for Richard Rovegno, Affidavit in Support of Partial Default

Judgment, Partial Default Judgment Order and Statement of Damages (together with all annexed

exhibits thereto) upon Richard Rovegno and Laura Rovegno, who, upon information and belief,

live together at 409 Old Route 202-C, Suffern, NY, 10901 by first class mail by depositing the

same with the U.S. Postal Service.


Dated: New York, New York
       October 16, 2007

                          By:   _____
                                  Diane McFadin (DM2381)
                                  11 Broadway, Suite 715
                                  New York, NY 10004
                                  646.723.2757


cc:    David M. Satnick, Esq.
       John Piskora, Esq.

Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154
*Attorneys for Lawyers Title Insurance Corp.*

Thomas W. Hyland
Brett A. Scher
Justin R. Leitner
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street

# McFADIN
# EXHIBIT C

Robinson, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BENNIE WILLIS,

                         Plaintiff,                    07-CV-3646 (SCR)

        - against -

LANDAMERICA ONESTOP, INC., d/b/a
LAWYERS TITLE SERVICES COMPANY INC.,       **PARTIAL DEFAULT**
and/or LAWYERS TITLE INSURANCE             **JUDGMENT AGAINST**
CORPORATION, ACRANET MORTGAGE              **DEFENDANTS RICHARD**
SETTLEMENT SOLUTIONS, LLC, d/b/a           **AND LAURA ROVEGNO**
ACRANET LENDSERV, RICHARD ROVEGNO
and LAURA ROVEGNO,

                         Defendants.
-----------------------------------------------------------X

        This action, having been duly commenced by filing the Summons and Complaint, and a

copy of the Summons and Complaint having been duly served on defendants Richard Rovegno

and Laura Rovegno (the "Rovegno Defendants"), and said Rovegno Defendants, having failed to

plead or otherwise defend in this action, and said default having been duly noted, and upon the

annexed affidavit in support of partial default judgment, pursuant to Rule 54(b) of the Federal

Rules of Civil Procedure, it is

        ORDERED, ADJUDGED AND DECREED: That the Rovegno Defendants, residing at

409 Old Route 202-C, Suffern, New York, are ordered to execute the required ancillary

documents TP-584 and RP-5217 and promptly deliver the same to Plaintiff and to remove any

and all liens and judgments assessed against the real property located at 28 Terri Lee Lane, New

Hempstead, New York at the sole expense of the Rovegno Defendants, pursuant to Rule 54(b) of

the Federal Rules of Civil Procedure.

USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:
DATE FILED:

✓Dated: White Plains, New York

      October ___19___, 2007

✓SO ORDERED:

By: _Stephen C Robinson_

     Hon. Stephen C. Robinson, U.S.D.J.

This document was
entered on the docket on

_____

2

# McFADIN
# EXHIBIT D



ENVELOPE

ROCKLAND COUNTY, NEW YORK
Edward Gorman
RECORDING CERTIFICATE

INSTRUMENT ID: LA99-01288712

Type of Instrument: TRANS JUDG

GABRIELLE/ROBERT K/ DDS PC
   TO
ROVEGNO/RICHARD

   Received From:

  Recording Charge:        .00   Recording Pages:

        ** EXAMINED AND CHARGED AS FOLLOWS : **
 ** TRANSFER TAX **          ** MTG/DEED AMOUNT **
     .00                  .00

RS#:                  Mortgage#:

               Received Tax on Above Mortgage
                  Basic:      .00
Original ID#:        Special Addl:    .00
                 Additional:    .00
Town:        Mortgage Tax Total:    .00

Total Recording Fees:     .00

       ** THIS PAGE IS PART OF THE INSTRUMENT **

I HEREBY CERTIFY THAT THE WITHIN AND FOREGOING WAS RECORDED IN THE
CLERK'S OFFICE FOR ROCKLAND COUNTY, NEW YORK

   INSTRUMENT ID#: LA99-01288712
ON (Recorded Date): 02/23/84
      AT (Time):  :
    Terminal ID:  130






EDWARD GORMAN
County Clerk





1185—Curtiss Transcript of Judgment, 8×D

## TRANSCRIPT OF JUDGMENT

| JUDGMENT DEBTOR | Trade or Profession | Last Known Address |
|---|---|---|

Surname

Given Name

8 Katecinski Street
West Haverstraw, NY 10993

**FILED**
4:35 PM
FEB 23 1984
ROCKLAND COUNTY
Clerk's Office

### JUDGMENT CREDITOR

**Name**
Robert K. Gabrielle, D.D.S., P.C.

**Address**
381-C Kings Highway
Valley Cottage, NY 10989

| | ADDRESS | AMOUNT OF JUDGMENT | |
|---|---|---|---|
| | | Damages . . . . $475.00 | |
| | | Interest           71.69 | |
| | | Disbursements   24.60 | |
| | | Costs . . . . $ 25.00 | |
| | | **Total. $ 596.29** | |

**Attorney for Judgment Creditor**

**Name**
John A. Costa, Esq.

**Address**
COSTA, McKAY & VICARI
Route 303
Valley Cottage, NY 10989
When Interest Unsatisfied

REMARKS: Date and Manner of Change of Status of Judgment

(N)C-83-0848

| What Issued | | When | |
|---|---|---|---|
| EXECUTION | | | SATISFIED |

State of New York, County of ... Rockland ...... ss.:
I ... Hon. William F. Kray .................... (......................... Justice) of the ........ Town ..
.......................................... of Clarkstown .......................... County of ... Rockland .........
hereby, certify that the above is a correct Transcript from the Docket of Judgment in my office, CA
in .......................... is Taunovn (Windzor) I have hereunto set my name ... and affixed my official seal this ... 
day of ...................................... 19 ....

*Strike out unnecessary words

(Clerk, Judge or Justice)

JUDGMENT [crossed out]
Court Justice Court
Town of Clarkstown

| | |
|---|---|
| County | Rockland |
| Date | 2/6/84 |
| No. & Mos. | |

**JUDGMENT DOCKET**

| | |
|---|---|
| Date 2/6/84 | |
| No. & Mos. | |

1000 CA Costal

45 THE 95

SUPREME COURT
COUNTY OF ROCKLAND, STATE OF NEW YORK

Index No. 7869/94.
Address of Plaintiff

PACESETTER/RAMAPO ASSOCIATES,

Plaintiff(s)

against

RICHARD ROVEGNO and AL OSTER,

94 DEC 20 P2 Defendant(s)

JUDGMENT BY
CONFESSION

| | | |
|---|---|---|
| Amount Confessed | $12,033.39 | |
| Interest | $ 201.96 | $ 12,235.35 |
| Costs by Statute | | |
| Transcript | | |
| Fees on Execution | $ 23.68 | |
| Satisfaction | | |
| Filing Fee | $ 170.00 | $ 12,599.03 |
| | Total | |

STATE OF NEW YORK, COUNTY OF

ATTORNEY'S AFFIRMATION

The undersigned, attorney at law of the State of New York, affirms that he is the

attorney(s) of record for the plaintiff herein and states that the disbursements above specified are correct and true and have been or will necessarily be made or incurred herein and are reasonable in amount and affirms this statement to be true under the penalties of perjury.

Dated: December 20 , 1994

Richard G. Mandel, Esq.

JUDGMENT entered the 20 day of Dec 19
On filing the foregoing affidavit of Confession of Judgment made by the defendant herein, sworn to the day of 19

NOW, ON MOTION OF Richard G. Mandel , Esq.
attorney(s) for plaintiff it is

ADJUDGED that Pacesetter/Ramapo Associates, plaintiff

residing at with offices at 1281 East Main St., Stamford, CT 06907
does recover of Richard Rovegno, 28 Terri Lee Lane, New Hempstead, N.Y. and
Al Oster, 1 Lancaster Drive, Suffern, New York defendant

residing at
the sum of $12,033.39, with interest of $ 201.96 amount of $ 12,235.35
together with $ costs and disbursements amounting in all to the sum of $ 12,599.03
and that the plaintiff have execution therefor.

EDWARD GORMAN ROCKLAND CO. CLERK

Edward Gorman

Clerk

BOOK 0729 PAGE 3647

Index No.

SUPREME COURT
COUNTY OF ROCKLAND

PACESETTER/RAMAPO ASSOCIATES,

Plaintiff(s)

against

RICHARD ROVEGNO and AL OSTER,

Defendant(s)

Affidavit and
Judgment by Confession

Richard G. Mandel, Esq.
BOTWIN, MACHTEL, KOSTER,
MAIER & MANDEL

Attorney(s) for Plaintiff
Office and Post Office Address

399 Knollwood Road, Suite 112
White Plains, New York 10603

Index No. 7859/c
~~~~ as Plaintiff

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND

------------------------------------X

PACESETTER/RAMAPO ASSOCIATES,                  :

                            Plaintiff,         :       Index No. 7859/94.

    -against-                                  :       AFFIDAVIT FOR
                                                       CONFESSION OF
RICHARD ROVEGNO and AL OSTER,                  :       JUDGMENT

                            Defendant.         :

------------------------------------X

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF ROCKLAND    )

I, Richard Rovegno, and I, Al Oster being duly sworn, depose and
say:

        1.  I hereby confess judgment pursuant to Section 3218
of the Civil Practice Law and Rules, in favor of
Pacesetter/Ramapo Associates, the plaintiff above named
("Plaintiff"), for the sum of TWELVE THOUSAND THIRTY THREE AND
39/100 DOLLARS ($12,033.39), the principal amount ("Principal")
of a promissory note ("Note") dated October 21, 1994.  A copy of
the Note is annexed hereto as Exhibit "A".

        2.  In addition, I hereby confess judgment in favor of
Plaintiff for a sum equaling the amount of interest ("Interest")
which may become due and payable in accordance with the terms and
conditions of the Note.

        3.  I hereby authorize Plaintiff, or his assigns, to
enter judgment in the Supreme Court of the State of New York,
Rockland County against me for the Principal plus Interest plus
any legal costs, in accordance with the terms and conditions of
the Note.

                            BOOK 0729 PAGE 3648

4.  This Confession of Judgment is for a debt justly to become due to the Plaintiff, arising upon the following facts:

> On October 21, 1994, Pacesetter/Ramapo
> Associates permitted a deferred payment
> schedule of the balance due for Minimum Rent
> and additional rent for the months of July,
> August and September, 1994 in the amount of
> $12,033.39 due under a Lease dated May 20,
> 1994 by and between Pacesetter/Ramapo
> Associates and Complete Cafe Catering
> Corporation.  The aforementioned Note has
> been executed acknowledging such deferral of
> rent and I have no doubt as to the validity
> of the debt underlying the Note.

Richard Rovagno

Al Oster

Subscribed and sworn
before me this 31st
day of October 1994

MUSARRAT J. MOGHAL
Notary Public State of New York
No. 4610104
Qualified in Orange County
Commission Expires November 18, 19__

SUPREME COURT OF THE STATE OF
NEW YORK : COUNTY OF ROCKLAND
------------------------------------------
HARTFORD PROVISION COMPANY, INC.

                                Plaintiff,

        -against-

COMPLETE CAFE CATERING CORP.,
d/b/a OUR GANG INN, RICHARD
ROVEGNO AND ALLEN OSTER,

                                Defendants.
------------------------------------------

JUDGMENT RENDERED
IN FAVOR OF
HARTFORD PROVISION
COMPANY, INC.,
159 Main Street
Stamford, CT 06904

INDEX NO. 3707/95

A summons with verified complaint containing a notice of
demand for judgment in the amount of $16,791.23, having been duly
filed in the office of the Clerk of Rockland County, and proof of
service of said summons with verified complaint having been duly
filed, and it appearing by the affidavit of William F. LaJoy,
Jr., duly sworn to on August 21, 1995, that defendant Complete
Cafe Catering Corp., d/b/a/ Our Gang Inn has been served by
delivering and leaving with Lisa Robinson in the Office of the
Secretary of State of the State of New York, personally at the
Office of the Secretary of State, State of New York, two copies
thereof and at the time of making such service, a fee of $40.00
was paid, and it appearing by the affidavit of Herbert Brill,
duly sworn to on July 12, 1995, that defendant Allen Oster has
been served by delivering a true copy of each to Mrs. Oster, his
spouse, a person of suitable age and discretion at defendant
Allen Oster's dwelling house within the state, and by causing a
copy of same to be enclosed in a postpaid sealed wrapper properly
addressed to recipient at recipient's last known residence and
causing said wrapper to be deposited in an official depository
under the exclusive care and custody of the U.S. Postal Service
within New York State, and it appearing by the affidavit of
Herbert Brill, duly sworn to on July 14, 1995, that defendant
Richard Rovegno has been served by delivering and leaving with
defendant Richard Rovegno a true copy of each personally, and it
appearing by the affidavit of Scott M. Siegler duly sworn to on
September 26, 1995, that additional copies of said summons and
verified complaint were duly served upon defendants by first
class mail on September 18, 1995, and all of the defendants
having defaulted in appearing and answering and plaintiff having
presented written proof of service and in support of the

BOOK 0756 PAGE 0367

essential allegations of the complaint and due deliberation having been had and the court having directed judgment in favor of plaintiff,

Now, on motion of Scott M. Siegler, attorney for plaintiff, it is

ADJUDGED, that Hartford Provision Company, Inc., of 159 Main Street, Stamford, CT 06904, do recover of defendants Complete Cafe Catering Corp., d/b/a Our Gang Inn, residing at Pacesetter Park, Room 202, Route 202, Pomona, New York 10907, Richard Rovegno, residing at 28 Teri Lee Lane, New Hempstead, New York, and Allen Oster, residing at 1 Lancaster Drive, Suffern, New York 10989, the sum of $16,791.23, the amount to be determined to be due to plaintiff with interest of $1171.17, making a total of $17,962.40, together with $607.79 costs and disbursements amounting in all to the sum of $18,570.19 and that plaintiff have execution therefor.

Dated:     October 30, 1995

                    Enter,

Judgment entered in accordance
with the foregoing.                    JUSTICE OF THE SUPREME COURT
                                       HON. KENNETH W. RUDOLPH
Dated: 9 October    , 1995                    J.S.C.
                                       EDWARD GORMAN
                                       ROCKLAND COUNTY CLERK

                                              Clerk

BOOK 0756 PAGE 0368

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND

Court Index No.    103/96

110895

FIRST USA MERCHANT SERVICES, INC.
EPS-NEW YORK
                              against
                                        Plaintiff

RICHARD ROVEGNO
  COMPLETE COMPUTER CONSULTING

**JUDGMENT**

                              Defendant(s)

96  APR 26  P 4:43

ROCKLAND COUNTY
CLERK'S OFFICE

| | |
|---|---|
| Amount claimed in complaint less payments on account of $ | $ 323.29 |
| Attorney's fees allowed | WAIVED |
| Interest | 26.95 |
| | Total $ 350.24 |
| Costs by statute | 200.00 |
| Service of summons and complaint | 30.00 |
| Filing of summons and complaint | 170.00 |
| Prospective execution fee | 5.00 |
| Military service affidavit | 5.00 |
| POSTAGE | .75 |
| | 410.75 |
| Total $ | 760.99 |

STATE OF NEW YORK, COUNTY OF NASSAU:

The undersigned, an attorney admitted to practice in the State of New York, associated with the attorneys for plaintiff, under penalties of perjury, affirms the following to be true: The disbursements specified above have been or will necessarily be made or incurred and are reasonable in amount.
That defendant(s) have failed to appear, answer or move herein, and the time to do so having expired, plaintiff is entitled to a judgment by default.
Deponent deposited a copy of the Summons in separate post-paid envelopes in an official depository of the U.S. Postal Service in SYOSSET, NY, addressed to each defaulting defendant's last known residence address as set forth below, on the following dates respectively: 2/26/96, 2/26/96
That more than twenty days have elapsed and the same have not been returned as undeliverable by the U.S. Postal Service.

Dated:
JUDGMENT ENTERED ON  4/26/96
  ADJUDGED that
plaintiff, residing at

ARTHUR E. UPTON, ESQ.
FIRST USA MERCHANT SERVICES, INC., EPS-NEW YORK
1601 ELM STREET-8TH    DALLAS, TEXAS

RICHARD ROVEGNO    28 TERRI LEE LANE    SPRING VALLEY    NY 10977
  COMPLETE COMPUTER CONSULTING  28 TERRI LEE LANE  SPRING VALLEY  NY 10977

the sum of $410.75  $323.29  with interest of  $26.95  making a total of  $350.24  defendants, together with
costs and disbursements, amounting in all to  ROCKLAND COUNTY CLERK

BOOK 771 PAGE 5530

Edward Gorman  Clerk

UPTON, COHEN & SLAMOWITZ
485 UNDERHILL BLVD,  SYOSSET, NY 11791-9030

**Paul Piperato, County Clerk**
1 South Main St Ste 100
New City, NY 10956
(845) 638-5221

## Rockland County Clerk Recording Cover Sheet

Return To :

Received From :

**First GRANTOR**

CAPITAL ONE BANK
    4851 COX ROAD GLEN ALLEN, VA 23060

**First GRANTEE**

ROVEGNO, JEANNE  AKA
    28 TERRI LEE LANE SPRING VALLEY, NY 10977

**Index Type :** Land Records

**Instr Number : 2007-00007886**                    Orig Instr #: 2006-00065226

**Book :**              **Page :**

**Type of Instrument :** Satisfaction Of Judgment
**Type of Transaction :**

**Recording Fee :**                    $0.00

**Recording Pages :**                    2

Recorded Information

State of New York

County of Rockland

I hereby certify that the within and foregoing was
recorded in the Clerk's office for Rockland County,
New York

On (Recorded Date) : 02/16/2007

At (Recorded Time) : 12:00:00 AM



Doc ID - 017202320002

Paul Piperato, County Clerk

*This sheet constitutes the Clerks endorsement required by Section 319 of Real Property Law of the State of New York*

Entered By: SL  Printed On : 02/23/2007     At : 10:19:41AM

SUPREME COURT OF THE STATE OF NEW YORK                    INDEX      6586/06
COUNTY OF ROCKLAND
----------------------------------------------------X

CAPITAL ONE BANK

                                            PL

                                            SATISFACTION OF
                                            JUDGMENT
           AGAINST

       JEANNE ROVEGNO        AKA LAURA ROVEGNO
       28 TERRI LEE LN
       SPRING VALLEY NY 10977    FILED BH

                         FEB 1 6 2007

                                            N170000017612199

                       ROCKLAND COUNTY DEFS
----------------------------------------CLERKS OFFICE----------X
  WHEREAS, A JUDGMENT WAS ENTERED IN THE ABOVE ENTITLED ACTION ON 12/07/06
IN THE   SUPREME   COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND
IN THE JUDGMENT BOOK            IN FAVOR OF
    CAPITAL ONE BANK
AND AGAINST JEANNE ROVEGNO         , AKA LAURA ROVEGNO

FOR THE SUM OF $  2,085.60    WHICH JUDGMENT WAS DOCKETED ON
IN THE OFFICE OF THE CLERK OF THE COUNTY OF
AND SAID JUDGMENT HAS BEEN FULLY PAID AND THE SUM OF $       0.00     REMAINS
UNPAID, AND IT IS CERTIFIED THAT THERE ARE NO OUTSTANDING EXECUTIONS WITH ANY
SHERIFF OR MARSHAL WITHIN THE STATE OF NEW YORK,
   THEREFORE, FULL SATISFACTION OF SAID JUDGMENT IS HEREBY ACKNOWLEDGED, AND
THE SAID CLERKS ARE HEREBY AUTHORIZED AND DIRECTED TO MAKE AN ENTRY OF FULL
SATISFACTION ON THE DOCKET OF SAID JUDGMENT,
DATED: 1/23/07
                                _____
                                      MARK A. GARBUS

STATE OF NEW YORK COUNTY OF SUFFOLK )SS:
   ON THE  23 DAY OF JANUARY  ,2007    BEFORE ME THE UNDERSIGNED PERSONALLY
APPEARED  MARK A. GARBUS , A MEMBER OF THE FIRM OF FORSTER & GARBUS,ATTORNEYS
FOR THE PLAINTIFF IN THE WITHIN ENTITLED ACTION, PERSONALLY KNOWN TO ME OR
PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE THE INDIVIDUAL WHOSE
NAME IS SUBSCRIBED TO THE WITHIN INSTRUMENT AND ACKNOWLEDGED TO ME THAT HE EXEC-
UTED THE SAME IN HIS CAPACITY, AND THAT BY HIS SIGNATURE ON THE INSTRUMENT, THE
INDIVIDUAL EXECUTED THE INSTRUMENT.


FORSTER & GARBUS, ESQS.
ATTORNEY FOR JUDGMENT CREDITOR   GLENN S. GARBUS        TESS E. GUNTHER
500 BI CNTY BLV,FMGDL NY 11735   NOT.PUBL-NYS#02GA5073275 NOT.PUB-NYS#02GU6072804
PHONE # 631-393-9400             QUALIFIED IN NASSAU CO.  QUALIFIED  SUFFOLK CO
                                 TERM EXP FEB  18,2007    TERM EXP APRIL 15,2010

FILED

Paul Piperato, County Clerk
1 South Main St Ste 100
New City, NY 10956
(845) 638-5221

## Rockland County Clerk Recording Cover Sheet

Received From :                                        Return To :

**First GRANTOR**

APPLIED CARD BANK
   800 DELAWARE AVENUE WILMINGTON, DE 19801

**First GRANTEE**

ROVEGNO, LAURA J
   28 TERRI LEE LANE SPRING VALLEY, NY 10977

Index Type : Land Records

**Instr Number : 2006-00046504**          Orig Instr #: SU-2006-004581

**Book :**          **Page :**

**Type of Instrument :** Judgment
**Type of Transaction :**

**Recording Fee :**          $0.00

**Recording Pages :**          2

Recorded Information

State of New York

County of Rockland

I hereby certify that the within and foregoing was
recorded in the Clerk's office for Rockland County,
New York

On (Recorded Date) : 08/29/2006

At (Recorded Time) : 12:00:00 AM

Doc ID - 016830790002

Paul Piperato, County Clerk

This sheet constitutes the Clerks endorsement required by Section 319 of Real Property Law of the State of New York

Entered By: MBR  Printed On : 08/30/2006   At : 10:00:00AM

SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF ROCKLAND

APPLIED CARD BANK F/K/A CROSS COUNTRY BANK
Plaintiff's Address:                                     Index No. SU2006-004581
800 DELAWARE AVE
WILMINGTON , DE 19801

**FILED**                    Plaintiff

against          AUG 2 9 2006       **JUDGMENT ON DEFAULT**

LAURA J ROVEGNO           ROCKLAND COUNTY
28 TERRI LEE LN PH        CLERK'S OFFICE
SPRING VALLEY, NY 10977
                                       Defendant(s)

| | | |
|---|---|---|
| Amount claimed in complaint | $ | 2830.30 |
| Less Attorney fees claimed [waived] | $ | -369.17 |
| Less Payments Made | $ | 0.00 |
| (Suit Amount Less Payments) | $ | 2461.13 |
| Interest @ 9% on $1695.88 from 06-19-2006 | $ | 27.18 |
| Sub Total (Suit Amount and Interest Less Payments) | $ | 2488.31 |

| | | |
|---|---|---|
| Costs By Statute | $200.00 | |
| Service Of Summons & Complaint | $ 5.00 | |
| Non-Military Affadavit | $ 5.00 | |
| Index Number | $210.00 | |
| **Total Fees and Cost Taxed at** | $ | 420.00 |

| | | |
|---|---|---|
| Total | $ | 2908.31 |

KERRY LUTZ, a partner of the firm Mel S Harris And Associates, LLC, attorneys of record for the plaintiff, affirms under the penalties of perjury that service of the summons and complaint has been made; that the disbursements specified herein have been or will necessarily be incurred and are reasonable in amount; that the time for the defendant(s) to appear or answer has expired and the plaintiff is entitled to judgment by default.

On 7/21/2006 affirmant mailed in a properly addressed and sealed envelope by first class mail a copy of the summons and complaint. Such envelope was deposited in an official depository of the U.S. Postal Service within the State of New York, to the defendant(s) herein at said defendant(s) last known residence address:LAURA J ROVEGNO 28 TERRI LEE LN PH SPRING VALLEY, NY 10977. Said envelope was marked "personal and confidential" not indicating that it was from an attorney or concerning an alleged debt. Same has not been returned. Said mailing herein was not less than twenty (20) days prior to the submission of this judgment for entry.

This action is against a natural person based on nonpayment of a contractual obligation. The summons and complaint contained and displayed at the top thereof the words, legend and caveat required by Sec (D) (F) of N.Y.C.C.C.R.208.6  This affirmation is also made in compliance with the Soldiers and Sailors Civil Relief Act of 1940 and amendments, and the N.Y.S. Soldiers and Sailors Relief Act of 1951: the said defendant(s) is (are) not at the present time in the Military Service of the U.S. and my belief is based upon the facts stated in the Non Military Affidavit heretofore filed herein.

Dated: New York, N.Y.: 08-23-2006

Mel S Harris And Associates, LLC
Attorneys for plaintiff
116 John Street, New York, NY 10038 Tel: (212) 571-4900
Judgment is rendered in favor of APPLIED CARD BANK F/K/A CROSS COUNTRY BANK residing at 800 DELAWARE AVE WILMINGTON , DE 19801, against LAURA J ROVEGNO , whose respective address(s) is/are 28 TERRI LEE LN PH SPRING VALLEY, NY 10977 in the sum of $2461.13 with interest of $27.18 and with the sum of $420.00 costs and disbursements, amounting in all to the sum of $2908.31 and it is adjudged that the plaintiff have execution therefor.
                                           PAUL PIPERATO
JUDGMENT ENTERED ON: AUG 2 9 2006  CLERK  ROCKLAND COUNTY CLERK

622016-1 / J930 / 0003056396        2374/3

Paul Piperato, County Clerk
1 South Main St Ste 100
New City, NY 10956
(845) 638-5221

## Rockland County Clerk Recording Cover Sheet

Received From :                         Return To :

**First GRANTOR**

RC DEPARTMENT OF SOCIAL SERVICES
SANATORIUM ROAD BUILDING L POMONA, NY 10970

**First GRANTEE**

ROVEGNO, RICHARD
28 TERRI LANE NEW HEMPSTEAD, NY 10977

Index Type : Land Records

Instr Number : 2007-00007797                Orig Instr #: SU-2007-01303
Book :            Page :
Type of Instrument : Confession Of Judgment
Type of Transaction :
Recording Fee :            $0.00

Recording Pages :            3

### Recorded Information

State of New York

County of Rockland

I hereby certify that the within and foregoing was
recorded in the Clerk's office for Rockland County,
New York

On (Recorded Date) : 02/09/2007

At (Recorded Time) : 12:00:00 AM

Doc ID - 017201370003

Paul Piperato, County Clerk

This sheet constitutes the Clerk's endorsement required by Section 319 of Real Property Law of the State of New York

Entered By: BH  Printed On - 02/23/2007    At : 4:59:44PM

AL0000000251

```
Doc ID:    Type: COU
Recorded: 02/08/2007
Fee Amt: $0.00 Page 1 of
Rockland County, NY
Paul Piperato County Clerk
```
## SU-2007-001303

SUPREME COURT
COUNTY OF ROCKLAND
Rockland County Department of Social Services
                                                    Plaintiff(s)

                    AGAINST

          Richard Ravegno                    Defendant(s)        JUDGMENT BY
                                                                 CONFESSION

Amount Confessed                              $2527.03
          Interest        $75.80                          2,602.83

Costs by Statute
Transcript
Fees on Execution
Filing Fee                                        15.00
                                                        2,617.83
                                     Total    $

STATE OF NEW YORK, COUNTY OF ROCKLAND ATTORNEY'S AFFIRMATION
     The undersigned, attorney at law of the State of New York, affirms that he is
                    Gary C. Samuels, Esq.
attorney(s) of record for the plaintiff herein and states that the disbursements above specified are correct and true and
have been or will necessarily be made or incurred herein and are reasonable in amount and affirms this statement to
be true under the penalties of perjury.

Dated:   02/06/07                            _____
                    FEB - 9 2007               Gary C. Samuels, Esq.

     Judgment entered the              day of            19
        On filing the foregoing affidavit of Confession of Judgment made by the defendant herein, sworn to the
        day of                19
        NOW, ON MOTION OF Gary C. Samuels, Esq.
attorney(s) for plaintiff it is
        ADJUDGED that The Rockland County Department of Social Services
                                                                 plaintiff,
offices at Bldg. L, Sanatorium Rd., Pomona, NY 10970
do recover of Richard Ravegno
        defendant,
residing at 28 Terri Lane, New Hempstead, NY 10977
the sum of $2527.03          with interest of $ 75.80       making a total of $ 2,602.83
together with $15.00 costs and disbursements, amounting in all to the sum of $ 2,617.83
and that the plaintiff have execution therefor.

                              PAUL PIPERATO
                              ROCKLAND COUNTY CLERK

Index No.
Supreme Court
County of Rockland

Rockland County Department
        of
Social Services     Plaintiff(s)

        against

Richard Ravegno        Defendant(s)

Affidavit and
Judgment by Confession

Gary C. Samuels, Esq.

Attorney(s) for Plaintiff
Office and Post office address

Resource Unit (
Bldg. L
Sanatorium Rd.
Pomona, NY 10970

SENT BY: ALBERT MOOERING;    845 735 5437;    MAR-29-07 3:00PM;    PAGE 12/16

Doc ID:   Type: COJ
Recorded: 02/08/2007
Fee Amt: $0.00 Page 1 of
Rockland County, NY
Paul Piperato County Clerk

**SU-2007-001303**

AFFIDAVIT OF CONFESSION OF JUDGMENT

SUPREME COURT STATE OF NEW YORK
COUNTY OF ROCKLAND                                    Index

ROCKLAND COUNTY DEPARTMENT OF SOCIAL SERVICES,

                                                     Plaintiff  AFFIDAVIT OF
                Against                                          CONFESSION OF
                                                                JUDGMENT

        Richard Rovegno                              Defendant(s)

STATE OF NEW YORK)
COUNTY OF ROCKLAND) ss.:
        Richard Rovegno
_____ being duly sworn, depose(s) and say(s):

That deponent(s) is (are) defendant(s) herein.

Judgment is confessed, pursuant to CPLR 3218, in favor of the Rockland County Department of Social Services, the plaintiff, for the sum of $ 2527.03, and hereby authorize the Rockland County Department of Social Services, plaintiff, or it's heirs, personal representatives, and assigns, to enter judgment thereof against me on or after together with interest from August 24, 2006 (CPLR 5004) in the County of Rockland, State of New York, and any County of residence for employment.

This confession of judgment is for a debt justly due to the plaintiff arising from the following facts:

The Defendant(s) received public assistance from Plaintiff and is (are) required to repay same, with interest

This affidavit is not made in connection with an agreement for purchase for $1,500.00 or less of any commodities for any use other than a commercial or business use upon any plan of deferred payments where price/cost is payable in two or more installments.

                                    _____
                                    (Defendant)  Richard Rovegno

                                    _____
                                    (Defendant)

STATE OF NEW YORK        )
                         ) SS.:
COUNTY OF ROCKLAND       )

On this day of October in the year 2006, before me, the undersigned, a notary public in and for said state, personally appeared Richard Rovegno, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he (she) (they) executed the same in his (her) (their) capacity (capacities), and that by his (her) (their) signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

                                    _____
                                    Notary Public

MARIA DEL PILAR
Notary Public, State of New York
No. 4776382
Qualified in Rockland County
2/28/07

AL0000000253



ENVELOPE

ROCKLAND COUNTY, NEW YORK
Edward Gorman
RECORDING CERTIFICATE

INSTRUMENT ID: 1999-00056209

Type of Instrument: SAT   WARR

STATE TAX COMMISSION
    TO
ROVEGNO, RICHARD F

    Received From:

  Recording Charge:          .00    Recording Pages:    2

             ** EXAMINED AND CHARGED AS FOLLOWS : **
  ** TRANSFER TAX **                ** MTG/DEED AMOUNT **
        .00                              .  .00

RS#:                          Mortgage#:

                          Received Tax on Above Mortgage
Original ID#:                      Basic:        .00
                          Special Addl:        .00
Town:                          Additional:        .00
                          Mortgage Tax Total:        .00

Total Recording Fees:        .00

         ** THIS PAGE IS PART OF THE INSTRUMENT **

I HEREBY CERTIFY THAT THE WITHIN AND FOREGOING WAS RECORDED IN THE
CLERK'S OFFICE FOR ROCKLAND COUNTY, NEW YORK

    INSTRUMENT ID#: 1999-00056209
ON (Recorded Date): 10/27/99
      AT (Time):    :
    Terminal ID:   116





EDWARD GORMAN
County Clerk







1997~ 7055

**New York State Department of**
# Taxation and Finance
Tax Compliance Division - Central Office
W A Harriman Campus
Albany NY 12227-0171

## Satisfaction of Judgment

**FILED**

**OCT 2 7 1999**

**ROCKLAND COUNTY
CLERK'S OFFICE**



Commissioner of Taxation and Finance

Judgment Creditor

against

Judgment Debtor

RICHARD F ROVEGNO
AND/OR
LAURA J ROVEGNO
28 TEM LEE LN
NEW HEMPSTEAD, NY 10977

Warrant ID: E-010570459-W001-4

Date Warrant Filed: 2/27/97

In the Sum of: $1,899.10

In the County of: ROCKLAND

A warrant having been filed on the above date in the office of the clerk of the above county by the Commissioner of Taxation and Finance against the judgment debtor for the above sum and the said warrant having been wholly paid or satisfied, and it being certified that there is no execution for this warrant outstanding in the hands of the sheriff of any county of the state of New York;

**Therefore,** satisfaction of said warrant is hereby acknowledged and the clerk is hereby authorized and directed to satisfy and discharge the same.

Commissioner of Taxation and Finance

Date    10/19/99    By _____
                            Deputy Tax Commissioner

DTF-979 (2/97)    01057

# McFADIN
# EXHIBIT E

SENT BY: ALBERT MOCERINO;                    1 845 735 5437;    MAR-29-07  3:00PM;    PAGE 13/16

Paul Piperato, County Clerk
1 South Main St Ste 100
New City, NY 10956
(845) 638-5221

## Rockland County Clerk Recording Cover Sheet

Received From :
IRS

Return To :
IRS

**First GRANTOR**
UNITED STATES/3344/3308

**First GRANTEE**
ROVEGNO, RICHARD F.

Index Type : Land Records

Instr Number : 2005-00068380

Book : 20700    Page :

Type of Instrument : Federal Tax Lien
Type of Transaction : Federal Tax Liens

Recording Fee :          30.00

Recording Pages :          2

### Recorded Information

State of New York

County of Rockland

I hereby certify that the within and foregoing was
recorded in the Clerk's office for Rockland County,
New York

On (Recorded Date) : 12/26/2005

At (Recorded Time) : 11:08:38 AM

Doc ID - 017095810002

Paul Piperato, County Clerk

This sheet constitutes the Clerk's endorsement required by Section 319 of Real Property Law of the State of New York

Entered By: PLP Printed On  01/02/2007    At : 11:09:20AM

AL0000000254

| 3437 |
|---|

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area:<br>WAGE & INVESTMENT AREA #1<br>Lien Unit Phone: (800) 829-7650 | Serial Number<br>334473398 | For Optional Use by Recording Office<br>2070 0 |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  RICHARD F ROVEGNO

Residence      28 TERRI LEE LN
              SPRING VALLEY, NY 10977-1424

**FILED**

DEC 27 2006

ROCKLAND COUNTY
CLERK'S OFFICE

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2002 | XXX-XX-7383 | 11/07/2005 | 12/07/2015 | 49970.51 |

| Place of Filing | | |
|---|---|---|
| County Clerk<br>Rockland County<br>New City, NY 10956 | Total  \$ | 49970.51 |

This notice was prepared and signed at _____ MANHATTAN, NY _____ , on this,

the ___ 15th ___ day of ___ December ___, 2006.

| Signature   *R. A. Mitchell*<br>for DEBRA K. HURST | Title<br>ACS<br>(800) 829-7650 | 11-00-0000 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien)
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

AL0000000255